Union Plus Credit Card
P.O.  Box 80027
Salinas, CA. 93912-0027


A T & T Bankruptcy Office
Attn: Cheryl Becker
722 Broadview
Floor 11
Milwaukee, IL. 53202

Advanta Bank Corp
C/o Management Services Inc.
P.O. Box 1099
Langhorne, PA. 19047


Allergy & Asthma Clinics/Fox
1315 N. highland Ave. Ste 202
Aurora, IL. 60506


AMCA
2269 S. Saw Mill River Road
Elmsfield, NY. 10523


American Express
Customer Service
P.O. Box 981535
El Paso, TX 79998-1531


American Express
C/o Blitt & Gaines
661 Glenn Ave.
Wheeling, IL. 60090


American Express
200 Vesey Street
44th Floor
New York, NY. 10285


American Honda Finance
P.O. Box 5308
Elgin, IL. 60121

American Honda Finance
P.O. Box 5308
Elgin, IL. 60121

Associated Recovey Systems
P.O. Box 469046
Escondido, CA. 92046

Bank Of America
P.O. Box 53173
Phoenix, AZ. 85072-3173

Barclays Bank Deleware
P.O. Box 8803
Wilmington,  DE. 19899

Beckendorf & Beckendorf
101 NE. Randolph
Peoria, IL. 61606

Blatt Hasenmiller Leibsker & Moore
125 S. Wacker  Dr. Ste 440
Chicago, IL. 60606

Capital One Bank
C/o Freedman Anselmo Lindberg LLC
P.O. Box 3228
Naperville, IL. 60566-7228

Capital One Bank
C/o Freedman Anselmo Lindberg & Rappe LL
P.O. Box 3228
Naperville, IL. 60566-7228

Chase Cardmember Service
P.O. Box 15548
Wilmington, DE. 19886-5548

Chase Home Finance
P.O. Box  78420
Phoenix, AZ.. 85062


Citi Cards
Box 6000
The Lakes, NV. 89163-6000


Citibank NA.
1000 Technology Dr.
MS 504A
O'Fallon, MO. 63368-2240


Citicorp Credit Services Inc.
P.O. Box 8018
Layton, UT. 84041-8018


Robert Bock
309 N. Kensington
LaGrange Park, IL.


Delta Sleep Inc.
3510 Hobsen Rd.
Suite 202
Woodridge,  IL. 60517


Dino Marnell
27575 Ferry Rd.
Suite 100
Warrenville, 60555


Direct Loan Service System
P.O. Box 5609
Greenville, TX 75403-5609


Discover Financial Services
P.O. Box 15316
Wilmington, DE.  19850

Janet  & Joseph McGinnis
10713 Royal Porthcawl
Naperville, IL. 60564

Dryer Medical Group Ltd.
P.O. Box 2091
Aurora, IL. 60507-2091

Edward Butterbaugh
701 Carriage Lane
Sugar Grove, IL.60524

Equable Ascent Financial
1120 W. Lake Cook Rd.
Ste A
Buffalo Grove,  IL. 60089

Estate of Mary A. Price
C/o Janet McGinnis
10713 Royal Porthcawl
Naperville, IL. 60564

Exxon Mobil
Credit Card Center
P.O. Box 688940
Des Moines, IA. 50361-1001

F & M Bank
4900 N. Glen Park Place
Suite A
Peoria, IL. 61614

First Equity Card Corp
P.O. Box 84075
Columbius, GA. 31908-4075

First Midwest Bank
One Pierce Place
Suite 1500
Itasca, IL. 60143-4169

First Midwest Bank
C/o Gomberg Sharfman Gold & Ostler
208 South LaSalle Street Suite 1410
Chicago, Il. 60604


First Midwest Bank
Payment Processing
P.O. Box 9003
Gurnee, IL. 60031-9003


First Midwest Bank
P.O. Box 565
Joliet, IL. 60434-0565


G.E. Money Bank
Attn:Bankruptcy Dept
P.O. Box 103104
Roswell, GA. 30076


GC Services Limited Partnership
Collection Agency Division
6330  Gulfton
Houston, TX. 77081


Gomberg Sharfman, Gold & Ostler P.C.
208 S. LaSalle
Suite 1410
Chicago, IL. 60604


Home Depot Credit Services
P.O. Box 6029
The Lakes, NV. 88701-6029


Home Depot Credit Services
P.O. Box 689100
Des Moines, IA. 50368-9100


HSBC Card Services
P.O. Box 17051
Baltimore, MD. 21297-1051

HSBC Nevada
C/o Blatt Haenmiller Leibsker & Moore
125 S. Wacker Suite 400
Chicago, IL. 60606


Ill Dept of Revenue
BK Section
Level 7-425
100 W. Randolph
Chicago<Il. 60106

Jeff Krall
6813 Hobson Valley Drive #102
Woodridge, IL. 60517


Juniper Card Services
P.O. Box 8833
Wilmington, DE.  19899-8833


Keay & Costello P.C.
128 S. County Farm Rd.
Wheaton, IL. 60187


Kohl's
P.O. Box 3043
Milwaukee, WI. 53201-3043


Leading EdgeRecovery Systems
5440 N. Cumberland
Ste 300
Chicago, IL. 60656


Leading EdgeRecovery Systems
5440 N. Cumberland Ste 300
Chicago, IL. 60656


Lowe's
C/o G.E. Money Bank
Attn: BK Dept
P.O. Box 103104
Roswell, GA. 30076

LTD Financial Services
7322 Southwest Freeway
Suite 1600
Houston TX.. 77074

Mark Skaggs
P.O. Box 2627
East Peoria, IL. 64611

Michael J. Lakota DDS
1767 Odgen Ave,
Suite 123
Naperville, IL. 60540

Michael Marincic
C/o Goldfine & Bowles
124 SW. Adams St.
Peoria, IL. 61612

Midstate Collection Solutions Inc.
1711 S. Neil  2nd Floor
P.O. Box 3292
Champaign, IL.. 61826-3292

Milonasn Family Chiropractic
1603 North Aurora  Rd. Ste 111
Naperville, IL. 60563

Nationwide Credit Inc.
P.O. Box 26314
Lehigh Valley, PA. 18002-6314

NCO Financial Systems Inc.
507 Prudential Road
Horsham, PA.  19044

Office Depot Business Card Plan
P.O. Box 653029
Dallas. TX. 75265-3029

Old Navy
C/o G.E. Capital Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA. 30076


Omni Pay Phones Services LTD
2174 Clementi
Aurora, IL. 60503



Peace of Mind Opportunities
1800 Nations Dr. Suite 117
Gurnee, IL. 60031



Quest Diagnostics
1355 Mittel Boulevard
Attn Patient Billing
Wooddale, iIL. 60191-1024


Redback Investments
609 South Fourth Avenue
Libertyville, IL. 60048



Respitory Consultants SC
2086 Odgen Ave.
Ste 250
Aurora, IL. 60504



Dell Financial Services C/o RMS
4836 Brecksville Rd.
P.O. Box 509
Richfield, OH. 44286


Rush Copley Medical Center
P.O. Box 1219
Aurora, IL. 60507



Scott Anderson
8233 N. Ozanam
Niles, IL. 60714

Scott D. Roth
P.O. Box 5093
Evanston, IL. 60204

Shaobin Sun
2721 S. Embers Lane
Arlington Heights, 60005

Shell  Card Center
P.o. Box 689081
Des Moines, IA. 503568-9081

SST Card Services
P.O. Box 23060
Columbus GA. 31902-3060

Terrence Moore
18 W. 111 Rodgers Court
Darien, IL. 60561

To come

United States Department of Education
P.O. Box 5609
Greenville, TX 75403-5609

Walmart
C/o Monogram Credit Services
P.O. Box 103104
Roswell, GA. 30076

Wheatland Homeowners Association
C/o Baum Property Services Inc.
P.O. Box 46
Aurora, IL.. 60507

Yvonne Scibor
9654 W. 131st. Unit 221
Palos Park, IL. 60464

| United States Bankruptcy Court<br>Northern District of Illinois<br>Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Haak, Daniel, M.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Haak, Cynthia,** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**Omni Payphones Services** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **6580, 36-4051463** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **2833** |
| Street Address of Debtor (No. & Street, City, and State):<br>**2174 Clementi**<br>**Auroara, IL.**<br>ZIP CODE **60503** | Street Address of Joint Debtor (No. & Street, City, and State):<br>**2174 Clementi**<br>**Aurora, IL.**<br>ZIP CODE **60503** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>ZIP CODE | |

### Type of Debtor
(Form of Organization)
(Check **one** box.)

- [x] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check **one** box)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

### Tax-Exempt Entity
(Check box, if applicable)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check **one** box)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- [x] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [ ] Debts are primarily business debts.

### Filing Fee (Check one box)

- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
**Check one box:**
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
**Check all applicable boxes**
- [ ] A plan is being filed with this petition
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

#### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Daniel M. Haak, Cynthia Haak** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual<br>whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐   Exhibit A is attached and made a part of this petition. | X  **Martin Y. Joseph**               **11/11/2010**<br>Signature of Attorney for Debtor(s)       Date<br>**Martin Y. Joseph**                      **1369563** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☑   No |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ☑   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate. general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District. or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>                                           _____<br>                                          (Name of landlord that obtained judgment)<br><br>                                           _____<br>                                           (Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Daniel M. Haak, Cynthia Haak** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Daniel M. Haak**

Signature of Debtor   **Daniel M. Haak**

X **/s/ Cynthia Haak**

Signature of Joint Debtor   **Cynthia Haak**

Telephone Number (If not represented by attorney)

**11/11/2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**

(Signature of Foreign Representative)

(Printed Name of Foreign Representative)

Date

### Signature of Attorney

X **Martin Y. Joseph**

Signature of Attorney for Debtor(s)

**Martin Y. Joseph   Bar No. 1369563**

Printed Name of Attorney for Debtor(s) / Bar No.

**Martin Y. Joseph**

Firm Name

**1541 W. Chicago Avenue Chicago, IL. 60642**

Address

**312-243-0050        312-243-0053**

Telephone Number

**11/11/2010**

Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**

Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

Address

X **Not Applicable**

Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

B6A (Official Form 6A) (12/07)

In re:   **Daniel M. Haak   Cynthia Haak**                               Case No. _____
                              **Debtors**                                              **(If known)**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **Commercial Property**<br>**1839 Laramie**<br>**Peoria, IL.** | **Fee Owner** | **J** | **$ 20,000** | **$ 24,517** |
| **Single Family Home**<br>**2174 Clementi Ln**<br>**Aurora, IL.60503** | **Fee Owner** | **J** | **$ 300,000** | **$ 460,568** |
|  |  | **Total** ➢ | **$ 320,000** |  |

(Report also on Summary of Schedules.)

B6B (Official Form 6B) (12/07)

In re   **Daniel M. Haak   Cynthia Haak** _____,   Case No. _____

**Debtors**                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | | **Cash** | | **50** |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Chase Bank Checking Account** | | **40** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking Account**<br>**National City Bank** | | **75** |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **National City Bank**<br>**Savings account** | | **15** |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | **Furniture, Home Entertainment Center** | | **1,500** |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | **Necessary Wearing  Apparal** | | **1,000** |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies.  Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses.  Itemize. | | **Omni Payphones Services LTD** | H | **4,000** |
| 14. Interests in partnerships or joint ventures.  Itemize. | X | | | |

**B6B (Official Form 6B) (12/07) -- Cont.**

In re  **Daniel M. Haak    Cynthia Haak**                                      ,        Case No. _____
                                    **Debtors**                                                                            **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
## (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds.  Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | **Possible Tax Refunds for amended returns** | | **20,000** |
| 22. Patents, copyrights, and other intellectual property.  Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles.  Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2003 HONDA ODYSSEY 137000 MILES** | W | **5,255** |
| Automobiles, trucks, trailers, and other vehicles and accessories. | | **2005 Honda Accord 152, 000 miles** | H | **6,095** |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested.  Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **Daniel M. Haak   Cynthia Haak**_____,        Case No. _____
                           **Debtors**                                              **(If known)**

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_2_  continuation sheets attached

Total    ➢    | **$ 38,030** |

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

B6C (Official Form 6C) (4/10)

In re   **Daniel M. Haak   Cynthia Haak**_____,      Case No. _____
                                                                              (If known)
                                     Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                              $146,450.*
☐ 11 U.S.C. § 522(b)(2)
☑ 11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT VALUE OF PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---:|---:|
| **2003 HONDA ODYSSEY 137000 MILES** | **735 ILCS 5/12-1001(c)** | 2,400 | 5,255 |
|  | **735 ILCS 5/12-1001(b)** | 855 |  |
| **2005 Honda Accord 152, 000 miles** | **735 ILCS 5/12-1001(c)** | 2,400 | 6,095 |
|  | **735 ILCS 5/12-1001(b)** | 2,295 |  |
| **Cash** | **735 ILCS 5/12-1001(b)** | 50.00 | 50 |
| **Chase Bank Checking Account** | **735 ILCS 5/12-1001(b)** | 40.00 | 40.00 |
| **Checking Account National City Bank** | **735 ILCS 5/12-1001(b)** | 75.00 | 75.00 |
| **Furniture, Home Entertainment Center** | **735 ILCS 5/12-1001(b)** | 1,500.00 | 1,500.00 |
| **National City Bank Savings account** | **735 ILCS 5/12-1001(b)** | 15.00 | 15.00 |
| **Necessary Wearing  Apparal** | **735 ILCS 5/12-1001(a),(e)** | 1,000.00 | 1,000.00 |
| **Omni Payphones Services LTD** | **735 ILCS 5/12-1001(b)** | 3,170 | 4,000 |
| **Possible Tax Refunds for amended returns** | **735 ILCS 5/12-1001(b)** | 0 | 20,000 |
| **Single Family Home 2174 Clementi Ln Aurora, IL.60503** | **735 ILCS 5/12-901** | 30,000.00 | 300,000.00 |

*\* Amount subject to adjustment on 4/1/13 and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B6D (Official Form 6D) (12/07)

In re  Daniel M. Haak   Cynthia Haak _____ .   Case No. _____
                                                                          **Debtors**                                                                (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> American Honda Finance <br> P.O. Box 5308 <br> Elgin, IL. 60121 | | | Security Agreement <br> 2003 HONDA ODYSSEY <br> 137000 MILES <br><br> VALUE $5,255 | | | | 2,000 | 0 |
| ACCOUNT NO. <br><br> American Honda Finance <br> P.O. Box 5308 <br> Elgin, IL. 60121 | | | Security Agreement <br> 2005 Honda Accord <br> 152, 000 miles <br><br> VALUE $6,095 | | | | 1,400 | 0 |
| ACCOUNT NO. <br><br> Chase Home Finance <br> P.O. Box  78420 <br> Phoenix, AZ.. 85062 | | | Single Family Home <br> 2174 Clementi Ln <br> Aurora, IL.60503 <br><br> VALUE $300,000 | | | | 257,000 | 160,000 |
| ACCOUNT NO. <br><br> F & M Bank <br> 4900 N. Glen Park Place <br> Suite A <br> Peoria, IL. 61614 | | J | First lien commercial property <br> Commercial Property <br> 1839 Laramie <br> Peoria, IL. <br><br> VALUE $20,000 | | | | 24,517 | 4,517 |

1   continuation sheets
    attached

Subtotal ➢
(Total of this page)

$   284,917.00 | $  164,517.00

Total ➢
(Use only on last page)

$          |  $

(Report also on Summary of   (If applicable, report
Schedules)                              also on Statistical
                                               Summary of Certain
                                               Liabilities and
                                               Related Data.)

B6D (Official Form 6D) (12/07)- Cont.

In re   **Daniel M. Haak   Cynthia Haak** _____ .        Case No. _____

                             **Debtors**                                                          **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | X | | | | | | **203,000** | **160,000** |
| **First Midwest Bank** **One Pierce Place** **Suite 1500** **Itasca, IL. 60143-4169** **Gomberg Sharfman, Gold & Ostler P.C.** **208 S. LaSalle** **Suite 1410** **Chicago, IL. 60604** | | | **Second Lien on Residence** **Single Family Home** **2174 Clementi ln** **Aurora, IL.60503** _____ **VALUE $300,000** | | | | | |
| ACCOUNT NO. | | J | | | | | **568** | **0** |
| **Wheatland Homeowners Association** **C/o Baum Property Services Inc.** **P.O. Box 46** **Aurora, IL.. 60507** **Keay & Costello P.C.** **128 S. County Farm Rd.** **Wheaton, IL. 60187** | | | **Statutory Lien** **Single Family Home** **2174 Clementi Ln** **Aurora, IL.60503** _____ **VALUE $300,000** | | | | | |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of Creditors Holding Secured Claims

Subtotal ➤
(Total of this page)

Total ➤
(Use only on last page)

| | |
|---|---|
| $ 203,568.00 | $ 160,000.00 |
| $ 488,485.00 | $ 324,517.00 |

(Report also on Summary of Schedules)  (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re  **Daniel M. Haak    Cynthia Haak**                                  Case No. _____
_____                                              (If known)
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑    Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

   Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

   Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

   Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

   Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

   Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

   Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

   Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

   Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury  While Debtor Was Intoxicated**

   Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

   * Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  **continuation sheets attached**

**B6E (Official Form 6E) (4/10) – Cont.**

In re   **Daniel M. Haak   Cynthia Haak**                                    Case No. _____

_____                                        (If known)
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Ill Dept of Revenue <br> BK Section <br> Level 7-425 <br> 100 W. Randolph <br> Chicago<Il. 60106** | | | | | | | **475** | **475** | **$0.00** |

Sheet no. <u>1</u> of <u>1</u> continuation sheets attached to Schedule of
Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals➤ <br> (Totals of this page) | $    **475.00** | $    **475** | $    **0.00** |
| Total   ➤ <br> (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $    **475.00** | | |
| Total   ➤ <br> (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data. ) | | $    **475** | $    **0.00** |

B6F (Official Form 6F) (12/07)

In re   **Daniel M. Haak   Cynthia Haak**                              Case No. _____
                                            **Debtors**                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **4,500** |
| **A T & T Bankruptcy Office** **Attn: Cheryl Becker** **722 Broadview** **Floor 11** **Milwaukee, IL. 53202** | | | | | | | |
| ACCOUNT NO. | | | | | | | **4,154** |
| **Advanta Bank Corp** **C/o Management Services Inc.** **P.O. Box 1099** **Langhorne, PA. 19047** | | | | | | | |
| ACCOUNT NO. | | | | | | | **553** |
| **Allergy & Asthma Clinics/Fox** **1315 N. highland Ave. Ste 202** **Aurora, IL. 60506** | | | | | | | |
| ACCOUNT NO. | | | | | | | **4,419** |
| **American Express** **Customer Service** **P.O. Box 981535** **El Paso, TX 79998-1531** **Nationwide Credit Inc.** **P.O. Box 26314** **Lehigh Valley, PA. 18002-6314** | | | | | | | |

__13__   Continuation sheets attached

Subtotal  ➤ $              **13,626.00**

Total  ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **Daniel M. Haak   Cynthia Haak**                              Case No. _____

_____
Debtors                                                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**American Express**<br>**C/o Blitt & Gaines**<br>**661 Glenn Ave.**<br>**Wheeling, IL. 60090** | | W | Credit Card Debt | | | | 24,517 |
| ACCOUNT NO.<br><br>**Bank Of America**<br>**P.O. Box 53173**<br>**Phoenix, AZ. 85072-3173** | | | | | | | 10,600 |
| ACCOUNT NO.<br><br>**Barclays Bank Deleware**<br>**P.O. Box 8803**<br>**Wilmington,  DE. 19899** | | | | | | | 6,436 |
| ACCOUNT NO.<br><br>**Beckendorf & Beckendorf**<br>**101 NE. Randolph**<br>**Peoria, IL. 61606** | | | | | | | 750 |
| ACCOUNT NO.     **10 AR 2256**<br><br>**Capital One Bank**<br>**C/o Freedman Anselmo Lindberg LLC**<br>**P.O. Box 3228**<br>**Naperville, IL. 60566-7228** | | | | | | | 10,558 |

Sheet no. 1 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **52,861.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak**                          Case No. _____
                                   **Debtors**                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **10 SC 5536** | | J | | | | | **6,871** |
| **Capital One Bank** C/o Freedman Anselmo Lindberg & Rappe LL P.O. Box 3228 Naperville, IL. 60566-7228 | | | | | | | |
| ACCOUNT NO. | | | **2 credit cards** | | | | **12,500** |
| **Chase Cardmember Service** P.O. Box 15548 Wilmington, DE. 19886-5548 **GC Services Limited Partnership** Collection Agency Division 6330  Gulfton Houston, TX. 77081 | | | | | | | |
| ACCOUNT NO. | | | | | | | **520** |
| **Citi Cards** Box 6000 The Lakes, NV. 89163-6000 **Associated Recovey Systems** P.O. Box 469046 Escondido, CA. 92046 | | | | | | | |
| ACCOUNT NO. | | | | | | | **0** |
| **Citibank NA.** 1000 Technology Dr. MS 504A O'Fallon, MO. 63368-2240 | | | | | | | |

Sheet no. _2_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **19,891.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak** _____   Case No. _____

Debtors                                                          (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Dell Financial Services C/o RMS 4836 Brecksville Rd. P.O. Box 509 Richfield, OH. 44286** | | | **Dell Financial services for Omni Payphone Services** | | | | **3,233** |
| ACCOUNT NO. **Delta Sleep Inc. 3510 Hobsen Rd. Suite 202 Woodridge,  IL. 60517** | | | | | | | **465** |
| ACCOUNT NO. **Dino Marnell 27575 Ferry Rd. Suite 100 Warrenville, 60555** | | | **Accounting work** | | | X | **8,000** |
| ACCOUNT NO. **Direct Loan Service System P.O. Box 5609 Greenville, TX 75403-5609** | | | | | | | **429** |
| ACCOUNT NO. **Discover Financial Services P.O. Box 15316 Wilmington, DE.  19850** | | | | | | | **12,190** |

Sheet no. _3_ of _13_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤ $                    **24,317.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel M. Haak   Cynthia Haak**                                          Case No. _____
                                                          _____
                                        **Debtors**                                              **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 185 |
| Dryer Medical Group Ltd. P.O. Box 2091 Aurora, IL. 60507-2091 | | | Medical Services | | | | |
| ACCOUNT NO. | | J | | | | | 40,000 |
| Edward Butterbaugh 701 Carriage Lane Sugar Grove, IL.60524 | | | Loan | | | | |
| ACCOUNT NO. | | | | | | | 1,796 |
| Equable Ascent Financial 1120 W. Lake Cook Rd. Ste A Buffalo Grove,  IL. 60089 | | | | | | | |
| ACCOUNT NO. | | H | | | | | 6,000 |
| Estate of Mary A. Price C/o Janet McGinnis 10713 Royal Porthcawl Naperville, IL. 60564 | | | Loan | | | | |
| ACCOUNT NO. | | | | | | | 3,214 |
| Exxon Mobil Credit Card Center P.O. Box 688940 Des Moines, IA. 50361-1001 | | | | | | | |

Sheet no.  4  of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➢  $                **51,195.00**

Total  ➢  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak**                          Case No. _____
                                                    Debtors                                  (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**First Equity Card Corp**<br>**P.O. Box 84075**<br>**Columbius, GA. 31908-4075**<br><br><br>**SST Card Services**<br>**P.O. Box 23060**<br>**Columbus GA. 31902-3060** | | | | | | | **1,408** |
| ACCOUNT NO.   **10 L 382**<br><br>**First Midwest Bank**<br>**C/o Gomberg Sharfman Gold & Ostler**<br>**208 South LaSalle Street Suite 1410**<br>**Chicago, Il. 60604** | | H | Loan | | | | **203,722** |
| ACCOUNT NO.<br><br>**First Midwest Bank**<br>**P.O. Box 565**<br>**Joliet, IL. 60434-0565** | | | Visa | | | | **5,744** |
| ACCOUNT NO.<br><br>**First Midwest Bank**<br>**Payment Processing**<br>**P.O. Box 9003**<br>**Gurnee, IL. 60031-9003** | | | Loan | | | | **24,038** |

Sheet no. _5_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➢ $        **234,912.00**

Total   ➢ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak**                          Case No. _____

_____
                        **Debtors**                                      (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **1,796** |
| **G.E. Money Bank** Attn:Bankruptcy Dept P.O. Box 103104 Roswell, GA. 30076 | | | | | | | |
| ACCOUNT NO. | | | | | | | **11,071** |
| **Home Depot Credit Services** P.O. Box 689100 Des Moines, IA. 50368-9100 | | | | | | | |
| ACCOUNT NO. | | | | | | | **11,000** |
| **Home Depot Credit Services** P.O. Box 6029 The Lakes, NV. 88701-6029 | | | | | | | |
| ACCOUNT NO. | | | | | | | **157** |
| **HSBC Card Services** P.O. Box 17051 Baltimore, MD. 21297-1051 | | | Credit Card | | | | |
| ACCOUNT NO. | | | | | | | **12,588** |
| **HSBC Nevada** C/o Blatt Haenmiller Leibsker & Moore 125 S. Wacker Suite 400 Chicago, IL. 60606 | | | 10 AR 001338 | | | | |

Sheet no. _6_ of _13_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $       **36,612.00**

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak**                          Case No. _____
                          **Debtors**                                        **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br>**Janet  & Joseph McGinnis**<br>**10713 Royal Porthcawl**<br>**Naperville, IL. 60564** | | | | | | | **20,000** |
| ACCOUNT NO. <br><br>**Jeff Krall**<br>**6813 Hobson Valley Drive #102**<br>**Woodridge, IL. 60517** | | | | | | | **5,000** |
| ACCOUNT NO. <br><br>**Juniper Card Services**<br>**P.O. Box 8833**<br>**Wilmington, DE.  19899-8833** | | | | | | | **1,793** |
| ACCOUNT NO. <br><br>**Kohl's**<br>**P.O. Box 3043**<br>**Milwaukee, WI. 53201-3043** | | | | | | | **1,566** |

Sheet no.  7 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal   ➤   $ **28,359.00**

Total   ➤   $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak**                              Case No. _____
                                          **Debtors**                                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **5,405** |
| **Lowe's** **C/o G.E. Money Bank** **Attn: BK Dept** **P.O. Box 103104** **Roswell, GA. 30076** **Leading EdgeRecovery Systems** **5440 N. Cumberland Ste 300** **Chicago, IL. 60656** | | | | | | | |
| ACCOUNT NO. | | | | | | | **39,000** |
| **Mark Skaggs** **P.O. Box 2627** **East Peoria, IL. 64611** | | | | | | | |
| ACCOUNT NO. | | | | | | | **2,717** |
| **Michael J. Lakota DDS** **1767 Odgen Ave,** **Suite 123** **Naperville, IL. 60540** | | | | | | | |
| ACCOUNT NO. | | | | | | | **50,000** |
| **Michael Marincic** **C/o Goldfine & Bowles** **124 SW. Adams St.** **Peoria, IL. 61612** **To come** | | | | | | | |

Sheet no.  8 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $                **97,122.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak**                                  Case No. _____

Debtors                                                                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **2,425** |
| **Midstate Collection Solutions Inc.** 1711 S. Neil  2nd Floor P.O. Box 3292 Champaign, IL.. 61826-3292 | | | | | | | |
| ACCOUNT NO. | | | | | | | **800** |
| **Milonasn Family Chiropractic** 1603 North Aurora  Rd. Ste 111 Naperville, IL. 60563 | | | | | | | |
| ACCOUNT NO. | | | | | | | **0** |
| **NCO Financial Systems Inc.** 507 Prudential Road Horsham, PA.  19044 | | | | | | | |
| **American Express** 200 Vesey Street 44th Floor New York, NY. 10285 | | | | | | | |
| ACCOUNT NO. | | | | | | | **2,570** |
| **Office Depot Business Card Plan** P.O. Box 653029 Dallas. TX. 75265-3029 | | | | | | | |
| **Citicorp Credit Services Inc.** P.O. Box 8018 Layton, UT. 84041-8018 | | | | | | | |

Sheet no.  9 of 13 continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal  ➤  $      **5,795.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re   **Daniel M. Haak   Cynthia Haak**                          Case No. _____

                                            Debtors                                (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | **879** |
| **Old Navy** C/o G.E. Capital Money Bank Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA. 30076 **Leading EdgeRecovery Systems** 5440 N. Cumberland Ste 300 Chicago, IL. 60656 | | | | | | | |
| ACCOUNT NO. | | | | | | | **5,000** |
| **Peace of Mind Opportunities** 1800 Nations Dr. Suite 117 Gurnee, IL. 60031 | | | | | | | |
| ACCOUNT NO. | | | | | | | **24** |
| **Quest Diagnostics** 1355 Mittel Boulevard Attn Patient Billing Wooddale, ilL. 60191-1024 **AMCA** 2269 S. Saw Mill River Road Elmsfield, NY. 10523 | | | | | | | |
| ACCOUNT NO. | | J | Loan | | | | **7,500** |
| **Redback Investments** 609 South Fourth Avenue Libertyville, IL. 60048 | | | | | | | |

Sheet no.  10  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $      **13,403.00**

Total  ➤  $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical**
**Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel M. Haak   Cynthia Haak**                          Case No. _____
                                                                            **(If known)**
                                   **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. **Respitory Consultants SC 2086 Odgen Ave. Ste 250 Aurora, IL. 60504** | | | | | | | 46 |
| ACCOUNT NO. **Robert Bock 309 N. Kensington LaGrange Park, IL.** | | | | | | | 11,408 |
| ACCOUNT NO. **Rush Copley Medical Center P.O. Box 1219 Aurora, IL. 60507** | | | | | | | 1,600 |
| ACCOUNT NO. **Scott Anderson 8233 N. Ozanam Niles, IL. 60714** | | | | | | | 4,800 |
| ACCOUNT NO. **Scott D. Roth P.O. Box 5093 Evanston, IL. 60204** | | | **Loan** | | | | 17,500 |

Sheet no. __11__ of __13__ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ **35,354.00**

Total ➤ $

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Daniel M. Haak   Cynthia Haak** _____     Case No. _____

    Debtors                                                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | J | | | | | 50,000 |
| Shaobin Sun 2721 S. Embers Lane Arlington Heights, 60005 | | | Loan | | | | |
| ACCOUNT NO. | | | | | | | 4,816 |
| Shell  Card Center P.o. Box 689081 Des Moines, IA. 503568-9081  LTD Financial Services 7322 Southwest Freeway Suite 1600 Houston TX.. 77074 | | | | | | | |
| ACCOUNT NO. | | | | | | | 100,000 |
| Terrence Moore 18 W. 111 Rodgers Court Darien, IL. 60561 | | | Loan | | | | |
| ACCOUNT NO. | | | | | | | 12,408 |
| Union Plus Credit Card P.O.  Box 80027 Salinas, CA. 93912-0027  Blatt Hasenmiller Leibsker & Moore 125 S. Wacker  Dr. Ste 440 Chicago, IL. 60606 | | | | | | | |

Sheet no.  12  of  13  continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  ➤  $          **167,224.00**

Total  ➤  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

**B6F (Official Form 6F) (12/07) - Cont.**

In re  **Daniel M. Haak   Cynthia Haak**                    Case No. _____
                                    **Debtors**                                    **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

**(Continuation Sheet)**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **United States Department of Education** <br> **P.O. Box 5609** <br> **Greenville, TX 75403-5609** | | | Student Loan | | | | 429 |
| ACCOUNT NO. <br><br> **Walmart** <br> **C/o Monogram Credit Services** <br> **P.O. Box 103104** <br> **Roswell, GA. 30076** | | | | | | | 10,605 |
| ACCOUNT NO. <br><br> **Yvonne Scibor** <br> **9654 W. 131st. Unit 221** <br> **Palos Park, IL. 60464** | | | | | | | 5,000 |

Sheet no. 13 of 13 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $ 16,034.00

Total ➤ $ 796,705.00

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

Martin Y. Joseph   1369563
Martin Y. Joseph
1541 W. Chicago Avenue
Chicago, IL. 60642


312-243-0050
Attorney for the Petitioner(s)

# UNITED STATES BANKRUPTCY COURT

### Northern District of Illinois

### Eastern Division

In Re:
Debtor:  **Daniel M. Haak**
Social Security Number:  **6580**

Joint Debtor:  **Cynthia Haak**
Social Security Number:  **2833**

Case No:

Chapter  **7**

Numbered Listing of Creditors

| Creditor name and mailing address | Category of Claim | Amount of Claim |
|---|---|---|
| 1 . **Union Plus Credit Card**<br>**P.O.  Box 80027**<br>**Salinas, CA. 93912-0027** | **Unsecured Claims** | **$ 12,408** |
| 2 . **A T & T Bankruptcy Office**<br>**Attn: Cheryl Becker**<br>**722 Broadview**<br>**Floor 11**<br>**Milwaukee, IL. 53202** | **Unsecured Claims** | **$ 4,500** |
| 3 . **Advanta Bank Corp**<br>**C/o Management Services Inc.**<br>**P.O. Box 1099**<br>**Langhorne, PA. 19047** | **Unsecured Claims** | **$ 4,154** |
| 4 . **Allergy & Asthma Clinics/Fox**<br>**1315 N. highland Ave. Ste 202**<br>**Aurora, IL. 60506** | **Unsecured Claims** | **$   553** |
| 5 . **American Express**<br>**C/o Blitt & Gaines**<br>**661 Glenn Ave.**<br>**Wheeling, IL. 60090** | **Unsecured Claims** | **$ 24,517** |

In re:   **Daniel M. Haak**
         **Cynthia Haak**

Case No. _____

| | | | |
|---|---|---|---|
| **6.** | **American Express**<br>**Customer Service**<br>**P.O. Box 981535**<br>**El Paso, TX 79998-1531** | **Unsecured Claims** | **$  4,419** |
| **7.** | **American Honda Finance**<br>**P.O. Box 5308**<br>**Elgin, IL. 60121** | **Secured Claims** | **$  1,400** |
| **8.** | **American Honda Finance**<br>**P.O. Box 5308**<br>**Elgin, IL. 60121** | **Secured Claims** | **$  2,000** |
| **9.** | **Bank Of America**<br>**P.O. Box 53173**<br>**Phoenix, AZ. 85072-3173** | **Unsecured Claims** | **$ 10,600** |
| **10.** | **Barclays Bank Deleware**<br>**P.O. Box 8803**<br>**Wilmington,  DE. 19899** | **Unsecured Claims** | **$  6,436** |
| **11.** | **Beckendorf & Beckendorf**<br>**101 NE. Randolph**<br>**Peoria, IL. 61606** | **Unsecured Claims** | **$   750** |
| **12.** | **Capital One Bank**<br>**C/o Freedman Anselmo Lindberg LLC**<br>**P.O. Box 3228**<br>**Naperville, IL. 60566-7228** | **Unsecured Claims** | **$ 10,558** |
| **13.** | **Capital One Bank**<br>**C/o Freedman Anselmo Lindberg & Rappe LL**<br>**P.O. Box 3228**<br>**Naperville, IL. 60566-7228** | **Unsecured Claims** | **$  6,871** |
| **14.** | **Chase Cardmember Service**<br>**P.O. Box 15548**<br>**Wilmington, DE. 19886-5548** | **Unsecured Claims** | **$ 12,500** |

In re:    **Daniel M. Haak**                                                      Case No. _____
**Cynthia Haak**

| | | | |
|---|---|---|---|
| 15 . | **Chase Home Finance**<br>**P.O. Box  78420**<br>**Phoenix, AZ.. 85062** | **Secured Claims** | **$ 257,000** |
| 16 . | **Citi Cards**<br>**Box 6000**<br>**The Lakes, NV. 89163-6000** | **Unsecured Claims** | **$   520** |
| 17 . | **Citibank NA.**<br>**1000 Technology Dr.**<br>**MS 504A**<br>**O'Fallon, MO. 63368-2240** | **Unsecured Claims** | **$    0** |
| 18 . | **Robert Bock**<br>**309 N. Kensington**<br>**LaGrange Park, IL.** | **Unsecured Claims** | **$ 11,408** |
| 19 . | **Delta Sleep Inc.**<br>**3510 Hobsen Rd.**<br>**Suite 202**<br>**Woodridge,  IL. 60517** | **Unsecured Claims** | **$   465** |
| 20 . | **Dino Marnell**<br>**27575 Ferry Rd.**<br>**Suite 100**<br>**Warrenville, 60555** | **Unsecured Claims** | **$  8,000** |
| 21 . | **Direct Loan Service System**<br>**P.O. Box 5609**<br>**Greenville, TX 75403-5609** | **Unsecured Claims** | **$   429** |
| 22 . | **Discover Financial Services**<br>**P.O. Box 15316**<br>**Wilmington, DE.  19850** | **Unsecured Claims** | **$ 12,190** |
| 23 . | **Janet  & Joseph McGinnis**<br>**10713 Royal Porthcawl**<br>**Naperville, IL. 60564** | **Unsecured Claims** | **$ 20,000** |

In re:    **Daniel M. Haak**
**Cynthia Haak**

Case No. _____

| 24. | **Dryer Medical Group Ltd.**<br>**P.O. Box 2091**<br>**Aurora, IL. 60507-2091** | **Unsecured Claims** | **$ 185** |
|---|---|---|---|
| 25. | **Edward Butterbaugh**<br>**701 Carriage Lane**<br>**Sugar Grove, IL.60524** | **Unsecured Claims** | **$ 40,000** |
| 26. | **Equable Ascent Financial**<br>**1120 W. Lake Cook Rd.**<br>**Ste A**<br>**Buffalo Grove,  IL. 60089** | **Unsecured Claims** | **$ 1,796** |
| 27. | **Estate of Mary A. Price**<br>**C/o Janet McGinnis**<br>**10713 Royal Porthcawl**<br>**Naperville, IL. 60564** | **Unsecured Claims** | **$ 6,000** |
| 28. | **Exxon Mobil**<br>**Credit Card Center**<br>**P.O. Box 688940**<br>**Des Moines, IA. 50361-1001** | **Unsecured Claims** | **$ 3,214** |
| 29. | **F & M Bank**<br>**4900 N. Glen Park Place**<br>**Suite A**<br>**Peoria, IL. 61614** | **Secured Claims** | **$ 24,517** |
| 30. | **First Equity Card Corp**<br>**P.O. Box 84075**<br>**Columbius, GA. 31908-4075** | **Unsecured Claims** | **$ 1,408** |
| 31. | **First Midwest Bank**<br>**P.O. Box 565**<br>**Joliet, IL. 60434-0565** | **Unsecured Claims** | **$ 5,744** |
| 32. | **First Midwest Bank**<br>**Payment Processing**<br>**P.O. Box 9003**<br>**Gurnee, IL. 60031-9003** | **Unsecured Claims** | **$ 24,038** |

In re:  **Daniel M. Haak**
**Cynthia Haak**

Case No. _____

| | | | |
|---|---|---|---|
| 33. | **First Midwest Bank**<br>**C/o Gomberg Sharfman Gold & Ostler**<br>**208 South LaSalle Street Suite 1410**<br>**Chicago, Il. 60604** | **Unsecured Claims** | $ 203,722 |
| 34. | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL. 60143-4169** | **Secured Claims** | $ 203,000 |
| 35. | **G.E. Money Bank**<br>**Attn:Bankruptcy Dept**<br>**P.O. Box 103104**<br>**Roswell, GA. 30076** | **Unsecured Claims** | $ 1,796 |
| 36. | **Home Depot Credit Services**<br>**P.O. Box 6029**<br>**The Lakes, NV. 88701-6029** | **Unsecured Claims** | $ 11,000 |
| 37. | **Home Depot Credit Services**<br>**P.O. Box 689100**<br>**Des Moines, IA. 50368-9100** | **Unsecured Claims** | $ 11,071 |
| 38. | **HSBC Card Services**<br>**P.O. Box 17051**<br>**Baltimore, MD. 21297-1051** | **Unsecured Claims** | $ 157 |
| 39. | **HSBC Nevada**<br>**C/o Blatt Haenmiller Leibsker & Moore**<br>**125 S. Wacker Suite 400**<br>**Chicago, IL. 60606** | **Unsecured Claims** | $ 12,588 |
| 40. | **Ill Dept of Revenue**<br>**BK Section**<br>**Level 7-425**<br>**100 W. Randolph**<br>**Chicago<ll. 60106** | **Priority Claims** | $ 475 |
| 41. | **Jeff Krall**<br>**6813 Hobson Valley Drive #102**<br>**Woodridge, IL. 60517** | **Unsecured Claims** | $ 5,000 |

In re:   **Daniel M. Haak**
**Cynthia Haak**

Case No. _____

| | | |
|---|---|---|
| 42 . | **Juniper Card Services**<br>**P.O. Box 8833**<br>**Wilmington, DE.  19899-8833** | **Unsecured Claims** | **$  1,793** |
| 43 . | **Kohl's**<br>**P.O. Box 3043**<br>**Milwaukee, WI. 53201-3043** | **Unsecured Claims** | **$  1,566** |
| 44 . | **Lowe's**<br>**C/o G.E. Money Bank**<br>**Attn: BK Dept**<br>**P.O. Box 103104**<br>**Roswell, GA. 30076** | **Unsecured Claims** | **$  5,405** |
| 45 . | **Mark Skaggs**<br>**P.O. Box 2627**<br>**East Peoria, IL. 64611** | **Unsecured Claims** | **$ 39,000** |
| 46 . | **Michael J. Lakota DDS**<br>**1767 Odgen Ave,**<br>**Suite 123**<br>**Naperville, IL. 60540** | **Unsecured Claims** | **$  2,717** |
| 47 . | **Michael Marincic**<br>**C/o Goldfine & Bowles**<br>**124 SW. Adams St.**<br>**Peoria, IL. 61612** | **Unsecured Claims** | **$ 50,000** |
| 48 . | **Midstate Collection Solutions Inc.**<br>**1711 S. Neil  2nd Floor**<br>**P.O. Box 3292**<br>**Champaign, IL.. 61826-3292** | **Unsecured Claims** | **$  2,425** |
| 49 . | **Milonasn Family Chiropractic**<br>**1603 North Aurora  Rd. Ste 111**<br>**Naperville, IL. 60563** | **Unsecured Claims** | **$   800** |
| 50 . | **NCO Financial Systems Inc.**<br>**507 Prudential Road**<br>**Horsham, PA.  19044** | **Unsecured Claims** | **$    0** |

In re:   **Daniel M. Haak**                                        Case No. _____
**Cynthia Haak**

**51.**   **Office Depot Business Card Plan**        **Unsecured Claims**        $  2,570
P.O. Box 653029
Dallas. TX. 75265-3029

**52.**   **Old Navy**                                **Unsecured Claims**        $   879
C/o G.E. Capital Money Bank
Attn: Bankruptcy Dept.
P.O. Box 103104
Roswell, GA. 30076

**53.**   **Peace of Mind Opportunities**            **Unsecured Claims**        $  5,000
1800 Nations Dr. Suite 117
Gurnee, IL. 60031

**54.**   **Quest Diagnostics**                      **Unsecured Claims**        $   24
1355 Mittel Boulevard
Attn Patient Billing
Wooddale, iIL. 60191-1024

**55.**   **Redback Investments**                    **Unsecured Claims**        $  7,500
609 South Fourth Avenue
Libertyville, IL. 60048

**56.**   **Respitory Consultants SC**               **Unsecured Claims**        $   46
2086 Odgen Ave.
Ste 250
Aurora, IL. 60504

**57.**   **Dell Financial Services C/o RMS**        **Unsecured Claims**        $  3,233
4836 Brecksville Rd.
P.O. Box 509
Richfield, OH. 44286

**58.**   **Rush Copley Medical Center**             **Unsecured Claims**        $  1,600
P.O. Box 1219
Aurora, IL. 60507

**59.**   **Scott Anderson**                         **Unsecured Claims**        $  4,800
8233 N. Ozanam
Niles, IL. 60714

In re:  **Daniel M. Haak**
  **Cynthia Haak**

Case No. _____

| | | | |
|---|---|---|---|
| **60.** | **Scott D. Roth**<br>**P.O. Box 5093**<br>**Evanston, IL. 60204** | **Unsecured Claims** | **$ 17,500** |
| **61.** | **Shaobin Sun**<br>**2721 S. Embers Lane**<br>**Arlington Heights, 60005** | **Unsecured Claims** | **$ 50,000** |
| **62.** | **Shell Card Center**<br>**P.o. Box 689081**<br>**Des Moines, IA. 503568-9081** | **Unsecured Claims** | **$ 4,816** |
| **63.** | **Terrence Moore**<br>**18 W. 111 Rodgers Court**<br>**Darien, IL. 60561** | **Unsecured Claims** | **$ 100,000** |
| **64.** | **United States Department of Education**<br>**P.O. Box 5609**<br>**Greenville, TX 75403-5609** | **Unsecured Claims** | **$ 429** |
| **65.** | **Walmart**<br>**C/o Monogram Credit Services**<br>**P.O. Box 103104**<br>**Roswell, GA. 30076** | **Unsecured Claims** | **$ 10,605** |
| **66.** | **Wheatland Homeowners Association**<br>**C/o Baum Property Services Inc.**<br>**P.O. Box 46**<br>**Aurora, IL.. 60507** | **Secured Claims** | **$ 568** |
| **67.** | **Yvonne Scibor**<br>**9654 W. 131st. Unit 221**<br>**Palos Park, IL. 60464** | **Unsecured Claims** | **$ 5,000** |

In re:  **Daniel M. Haak**
        **Cynthia Haak**

Case No. _____

(The penalty for making a false statement or concealing property is a fine up to $500,000 or
imprisonment for up to 5 years or both.  18 U.S.C. secs. 152 and 3571.)


# DECLARATION

I, **Daniel M. Haak**, and I, **Cynthia Haak**, named as debtors in this case, declare under penalty of perjury that we have read the foregoing Numbered Listing of Creditors, consisting of **8 sheets** (not including this declaration), and that it is true and correct to the best of our information and belief.


Signature:  **/s/ Daniel M. Haak** _____
            **Daniel M. Haak**

Dated:      **11/11/2010** _____

Signature:  **/s/ Cynthia Haak** _____
            **Cynthia Haak**

Dated:      **11/11/2010** _____

**B6G (Official Form 6G) (12/07)**

In re: __Daniel M. Haak    Cynthia Haak_____ ,    Case No. _____
                                    **Debtors**                                        **(If known)**

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☑ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
|  |  |

**B6H (Official Form 6H) (12/07)**

In re: **Daniel M. Haak    Cynthia Haak** _____.    Case No. _____
                                    **Debtors**                                                    **(If known)**

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Omni Pay Phones Services LTD**<br>**2174 Clementi**<br>**Aurora, IL. 60503** | **First Midwest Bank**<br>**One Pierce Place**<br>**Suite 1500**<br>**Itasca, IL. 60143-4169** |

B6I (Official Form 6I) (12/07)

In re   **Daniel M. Haak Cynthia Haak** _____   Case No. _____

                                   **Debtors**                                    **(If known)**

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: **Married** | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): **Son** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Salesman** | **Barista** |
| Name of Employer | **Sears Home Improvements** | **Starbucks** |
| How long employed | **3 months** | **1 year** |
| Address of Employer | **1370 E. Higgins** <br> **Ellk Grove, Village, Il. 60007** | **2080 Orchard Road** <br> **Montgomery, IL.** |

INCOME: (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly.) | $ | **3,033** | $ | **1,281** |
| 2. Estimate monthly overtime | $ | **0** | $ | **0** |
| 3. SUBTOTAL | $ | **3,033.33** | $ | **1,281.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **758** | $ | **105** |
| b. Insurance | $ | **0** | $ | **302** |
| c. Union dues | $ | **0** | $ | **0** |
| d. Other (Specify)  **Charity** | $ | **0** | $ | **4** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **758.33** | $ | **411.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **2,275.00** | $ | **870.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0** | $ | **0** |
| 8. Income from real property | $ | **0** | $ | **0** |
| 9. Interest and dividends | $ | **0** | $ | **0** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | **0** | $ | **755** |
| 11. Social security or other government assistance (Specify) | $ | **0** | $ | **0** |
| 12. Pension or retirement income | $ | **0** | $ | **0** |
| 13. Other monthly income (Specify) | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **755.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **2,275.00** | $ | **1,625.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | **$ 3,900.00** | | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document.:

**NONE**

_____

B6J (Official Form 6J) (12/07)

In re __Daniel M. Haak  Cynthia Haak_____,      Case No. _____
                         **Debtors**                                               (If known)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | | |
|---|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | | $ | 3,317 |
|     a. Are real estate taxes included?  Yes ✓  No _____ | | | |
|     b. Is property insurance included?  Yes ✓  No _____ | | | |
| 2. Utilities: a. Electricity and heating fuel | | $ | 200 |
|     b. Water and sewer | | $ | 70 |
|     c. Telephone | | $ | 110 |
|     d. Other **Cable and Internet** | | $ | 110 |
| 3. Home maintenance (repairs and upkeep) | | $ | 150 |
| 4. Food | | $ | 500 |
| 5. Clothing | | $ | 75 |
| 6. Laundry and dry cleaning | | $ | 20 |
| 7. Medical and dental expenses | | $ | 150 |
| 8. Transportation (not including car payments) | | $ | 400 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | | $ | 75 |
| 10. Charitable contributions | | $ | 100 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | | |
|     a. Homeowner's or renter's | | $ | 0 |
|     b. Life | | $ | 38 |
|     c. Health | | $ | 0 |
|     d. Auto | | $ | 156 |
|     e. Other_____ | | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | | |
| (Specify)_____ | | $ | 0 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | | |
|     a. Auto | | $ | 1,032 |
|     b. Other_____ | | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | | $ | 0 |
| 15. Payments for support of additional dependents not living at your home | | $ | 0 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | | $ | 0 |
| 17. Other **Accountant** | | $ | 300 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,803.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

| | | |
|---|---|---:|
| 20. STATEMENT OF MONTHLY NET INCOME | | |
|     a. Average monthly income from Line 15 of Schedule I | $ | 3,900.00 |
|     b. Average monthly expenses from Line 18 above | $ | 6,803.00 |
|     c. Monthly net income (a. minus b.) | $ | -2,903.00 |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re   **Daniel M. Haak   Cynthia Haak**

_____

Debtors

Case No. _____

Chapter   **7** _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $   0 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $   475 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $   0 |
| Student Loan Obligations (from Schedule F) | $   0 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E. | $   0 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $   0 |
| TOTAL | $   475 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $   3,900 |
| Average Expenses (from Schedule J, Line 18) | $   6,803 |
| Current Monthly Income (from Form 22A Line 12; **OR**, Form 22B Line 11; **OR**, Form 22C Line 20 ) | $   5,069 |

## United States Bankruptcy Court
## Northern District of Illinois
### Eastern Division

In re **Daniel M. Haak   Cynthia Haak**                                    Case No. _____

Debtors                                          Chapter **7**

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $  **324,517** |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $  **475** | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $  **0** |
| 4. Total from Schedule F | | $  **100,701,901** |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $  **101,026,418** |

B6 Summary (Official Form 6 - Summary) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois
### Eastern Division

In re  **Daniel M. Haak    Cynthia Haak**                                     ,
Debtors

Case No. _____

Chapter    **7** _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $        320,000 | | |
| B - Personal Property | YES | 3 | $        38,030 | | |
| C - Property Claimed as Exempt | YES | 1 | | | |
| D - Creditors Holding Secured Claims | YES | 2 | | $        488,485 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $        475 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 14 | | $        796,705 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | YES | 1 | | | $        3,900 |
| J - Current Expenditures of Individual Debtor(s) | YES | 2 | | | $        6,803 |
| TOTAL | | 28 | $        358,030.00 | $        1,285,665.00 | |

**B6 Declaration (Official Form 6 - Declaration) (12/07)**

In re **Daniel M. Haak   Cynthia Haak**                          Case No. _____
                              **Debtors**                                                    **(If known)**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ **30** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **11/11/2010** _____          Signature: **/s/ Daniel M. Haak** _____
                                                                       **Daniel M. Haak**
                                                                                      Debtor

Date: **11/11/2010** _____          Signature: **/s/ Cynthia Haak** _____
                                                                       **Cynthia Haak**
                                                                                      (Joint Debtor, if any)

                                                            [If joint case, both spouses must sign]


## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

(NOT APPLICABLE)

B7 (Official Form 7) (4/10)

**UNITED STATES BANKRUPTCY COURT**
**Northern District of Illinois**
**Eastern Division**

In re:  **Daniel M. Haak    Cynthia Haak** _____,    Case No. _____
                                                    Debtors                                                    (If known)

# STATEMENT OF FINANCIAL AFFAIRS

---

### 1.  Income from employment or operation of business

None
☐    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **20,000** | **Wages** | **2008** |
| **35,000** | **Wages** | **2009** |
| **32,000** | **Wages** | **2010** |

---

### 2.  Income other than from employment or operation of business

None
☐    State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| **8,400** | **Child Support** | **2009** |
| **4,200.00** | **Child Support** | **2010** |

2

### 3. Payments to creditors

***Complete a. or b., as appropriate, and c.***

None    a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or
☐    services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless
the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk
(*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative
repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing
under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed,
unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **American Honda Finace**<br>**P.O. Box 5308**<br>**Elgin, IL. 60121** | **monthly 2 installments** | | **7,900** |
| **First Midwest Bank**<br>**P.O. Box 565**<br>**Joliet, IL. 60434-0565** | **monthly** | | **6,791.00** |

None    b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90
☑    days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is
affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that
were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter
13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the
spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*\*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the
date of adjustment.*

None    c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the
☑    benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments
by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4.   Suits and administrative proceedings, executions, garnishments and attachments

None    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding
☐    the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATIO | STATUS OR DISPOSITION |
|---|---|---|---|
| **HSBC Nevada  v. Cynthia Haak** <br>   **10AR001338** | | **Circuit court of Will County Illinois** <br> **14 W. Jefferson** <br> **Joliet, IL.** | **Judgment for Plaintiff** |
| **Capital One Bank v. Haak** <br>   **10SC5536** | **COLLECTION** | **Circuit Court of Will County, IL.** | **Pending** |
| **First Midwest Bank v. Haak** <br>   **10 L 382** | **Collection** | **Circuit court of Kane County, Illinois** <br> **100 S. Third Street Geneva, IL** | **Pending** |
| **American Express v. Cynthia Haak** <br>   **09 AR 2258** | **Collection** | **Will County Court** <br> **14 W. Jefferson** <br> **Joliet, Il 60432** | **Judgment for Plaintiff** |
| **Capital One Bank v. Haak** <br>   **10 AR 2256** | **Collection** | **Circuit Court of Will County IL.** | **Pending** |

None    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year**
☑    immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include
information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5.   Repossessions, foreclosures and returns

None    List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of
☑    foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married
debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6.   Assignments and receiverships

None    a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the
☑    commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either
or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

## 7. Gifts

None ☐ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |
| **Calvery Church**<br>**95-200 Rural Rte 59**<br>**Naperville, IL. 60504** | | | |

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

## 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Martin Y. Joseph**<br>**1541 W. Chicago Avenue**<br>**Chicago, IL. 60642** | | **$3500.00 + $299.00** |

## 10.  Other transfers

None

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|
| **Andy Nadler**<br>**Partner** | 09/01/2009 | **$3000.00 in exchange for interest in partnership** |
| **Nick Wolfe**<br>**224 Diane Lane**<br>**Bollingbrook, IL.**<br>**Partner** | 01/01/2010 | **Forgiveness of $40.000.00 debt in exchange for partnership property** |
| **Norman May**<br>**421 N. Northwest Highway suite 201**<br>**Barrington, Il..**<br>**Business Associate** | 02/01/2010 | **Forgiveness of $25,000.00 loan in exchange for 1/2 interest in Greendale Investments.** |
| **Scott Roth**<br>**P.O. Box 5093**<br>**Evanston, IL. 60204**<br>**Partner** | 10/01/2009 | **Forgiveness of $7500.00 in exchange for partnership property** |
| **Zylstra Harley Davidson**<br>**St. Charles, IL** | 08/01/2010 | **2003 Electra Glide Classic Harley Davidson Motorcycle $6500.00 used to pay off liens** |

None

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR INTEREST IN PROPERTY |
|---|---|---|
| **Damiel M Haak & Cynthia L. Haak Trust**<br>**2174Clementi Lane**<br>**Aurora, IL. 60503** | **11/01/2005** | **No current value** |

## 11.  Closed financial accounts

None

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **First Midwest Bank**<br>**Route 59**<br>**Aurora, IL** | **Business Checking and personal Checking  accounts** | **November 2009**<br>**$500.00** |

## 12.  Safe deposit boxes

None  List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within
☐  **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13
must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are
separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITOR | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|
| **First Midwest Bank Plainfield, IL.** | **Daniel Haak** | **Papers and documents** | |

## 13.  Setoffs

None  List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding
☑  the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information
concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint
petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14.  Property held for another person

None  List all property owned by another person that the debtor holds or controls.
☑

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15.  Prior address of debtor

None  If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the
☑  debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also
any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16.  Spouses and Former Spouses

None  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona,
☑  California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years**
immediately preceding the commencement of the case, identify the name of the debtor 's spouse and of any former spouse
who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None
☑

a.    List  the name  and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
☑

c.    List all  judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME  AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

8

## 18. Nature, location and name of business

None ☑  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|------|------|------|------|------|
|      |      |      |      |      |

None ☑  b.      Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME _____       ADDRESS _____

\* \* \* \* \* \*

*[if completed by an individual or individual and spouse]*
I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **11/11/2010** _____        Signature        **/s/ Daniel M. Haak** _____
                                                of Debtor        **Daniel M. Haak**

Date  **11/11/2010** _____        Signature        **/s/ Cynthia Haak** _____
                                                of Joint Debtor  **Cynthia Haak**
                                                (if any)

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
## Eastern Division

In re _____**Daniel M. Haak   Cynthia Haak**_____,   Case No. _____
Debtors                                           Chapter 7

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A** – Debts secured by property of the estate. *(Part A must be fully completed for **EACH** debt which is secured by property of the estate. Attach additional pages if necessary.)*

| Property No.  1 | |
|---|---|
| **Creditor's Name:**<br><br>**American Honda Finance** | **Describe Property Securing Debt:**<br><br>**2003 HONDA ODYSSEY**<br>**137000 MILES** |

Property will be *(check one)*:
  ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No.  2 | |
|---|---|
| **Creditor's Name:**<br><br>**American Honda Finance** | **Describe Property Securing Debt:**<br><br>**2005 Honda Accord**<br>**152, 000 miles** |

Property will be *(check one)*:
  ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
  ☐ Redeem the property
  ☑ Reaffirm the debt
  ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
  ☑ Claimed as exempt                    ☐ Not claimed as exempt

B 8 (Official Form 8) (12/08)                                                                                   Page 2

| Property No.  3 | |
|---|---|
| **Creditor's Name:**<br><br>**Chase Home Finance** | **Describe Property Securing Debt:**<br><br>**Single Family Home**<br>**2174 Clementi Ln**<br>**Aurora, IL.60503** |

Property will be *(check one)*:
- ☐ Surrendered          ☑ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☑ Claimed as exempt                    ☐ Not claimed as exempt

| Property No.  4 | |
|---|---|
| **Creditor's Name:**<br><br>**F & M Bank** | **Describe Property Securing Debt:**<br><br>**Commercial Property**<br>**1839 Laramie**<br>**Peoria, IL.** |

Property will be *(check one)*:
- ☑ Surrendered          ☐ Retained

If retaining the property, I intend to *(check at least one)*:
- ☐ Redeem the property
- ☐ Reaffirm the debt
- ☐ Other. Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
- ☐ Claimed as exempt                    ☑ Not claimed as exempt

| Property No.  5 | |
|---|---|
| **Creditor's Name:**<br><br>**First Midwest Bank** | **Describe Property Securing Debt:**<br><br>**Single Family Home**<br>**2174 Clementi Ln**<br>**Aurora, IL.60503** |

B 8 (Official Form 8) (12/08)                                                                                Page 3

Property will be *(check one)*:
☑ Surrendered              ❑ Retained

If retaining the property, I intend to *(check at least one)*:
❑ Redeem the property
❑ Reaffirm the debt
❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt              ❑ Not claimed as exempt

---

| Property No. 6 | |
|---|---|
| **Creditor's Name:**<br>**Wheatland Homeowners Association** | **Describe Property Securing Debt:**<br>**Single Family Home**<br>**2174 Clementi Ln**<br>**Aurora, IL.60503** |

Property will be *(check one)*:
☑ Surrendered              ❑ Retained

If retaining the property, I intend to *(check at least one)*:
❑ Redeem the property
❑ Reaffirm the debt
❑ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f))

Property is *(check one)*:
☑ Claimed as exempt              ❑ Not claimed as exempt

---

**PART B** – Personal property subject to unexpired leases. *(All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)*

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**None** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>❑ YES        ❑ NO |

___0___  continuation sheets attached *(if any)*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date: __11/11/2010__                    __/s/ Daniel M. Haak_____
                                        **Daniel M. Haak**
                                        Signature of Debtor

B 8 (Official Form 8) (12/08)

**/s/ Cynthia Haak**
_____

**Cynthia Haak**
Signature of Joint Debtor (if any)

B 203
(12/94)

# UNITED STATES BANKRUPTCY COURT
## Northern District of Illinois
### Eastern Division

In re:  **Daniel M. Haak**                    **Cynthia Haak**                    Case No. _____

                                                                    Chapter    **7**
            Debtors

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
    and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
    paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
    connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | 3,500 |
| Prior to the filing of this statement I have received | $ | 3,500 |
| Balance Due | $ | 0.00 |

2.  The source of compensation paid to me was:

    ☒  Debtor                    ☐  Other (specify)

3.  The source of compensation to be paid to me is:

    ☒  Debtor                    ☐  Other (specify)

4.  ☒  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
        of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
        my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
        attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
    including:

    a)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

    b)    [Other provisions as needed]
          **None**

6.  By agreement with the debtor(s) the above disclosed fee does not include the following services:

          **None**

---

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated:  **11/11/2010** _____

                              **Martin Y. Joseph** _____
                              **Martin Y. Joseph, Bar No.  1369563**

                              **Martin Y. Joseph**
                              Attorney for Debtor(s)

**B 201A** (Form 201A) (12/09)

---

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days.  For further information, see note at bottom of page 2.**

## UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

### 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

### 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

**Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total fee $299)**

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

Form B 201A, Notice to Consumer Debtor(s)                                                                        Page 2

**Chapter 13:  Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)**

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

**Chapter 11:  Reorganization  ($1000 filing fee, $39 administrative fee: Total fee $1039)**

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

**Chapter 12:  Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)**

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3.  Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009.  Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re  **Daniel M. Haak**
     **Cynthia Haak**

Case No. _____

Chapter _____ **7**

            **Debtor**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certificate of the Debtor

We, the debtors, affirm that we have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Daniel M. Haak**

**Cynthia Haak**

Printed Name(s) of Debtor(s)

Case No. (if known)  _____

X **/s/ Daniel M. Haak**                     **11/11/2010**
    **Daniel M. Haak**
    Signature of Debtor                          Date
X **/s/ Cynthia Haak**                       **11/11/2010**
    **Cynthia Haak**
    Signature of Joint Debtor                    Date

---

**Instructions**: Attach a copy of Form B 201A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) only if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

B10 (Official Form 10) (04/10)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| Name of Debtor: | Case Number: |
|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):

Name and address where notices should be sent:

Telephone number:

☐ Check this box to indicate that this claim amends a previously filed claim.

**Court Claim Number:** _____
*(If known)*

Filed on: _____

Name and address where payment should be sent (if different from above):

Telephone number:

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor or trustee in this case.

**1. Amount of Claim as of Date Case Filed:**   $ _____

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** _____
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** _____

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

**Nature of property or right of setoff:**   ☐ Real Estate   ☐ Motor Vehicle   ☐ Other
**Describe:**

**Value of Property:$** _____   **Annual Interest Rate** _____ **%**

**Amount of arrearage and other charges as of time case filed included in secured claim,**

**if any: $** _____   **Basis for perfection:**

**Amount of Secured Claim: $** _____   **Amount of Unsecured: $** _____

**5.   Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan – 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507(a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. §507 (a)( ).

**Amount entitled to priority**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (See instruction 7 and definition of "redacted" on reverse side.)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

| Date: | **Signature:** The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. | **FOR COURT USE ONLY** |
|---|---|---|

## INSTRUCTIONS FOR PROOF OF CLAIM FORM

*The instructions and definitions below are general explanations of the law. In certain circumstances, such as bankruptcy cases not filed voluntarily by the debtor, there may be exceptions to these general rules.*

### Items to be completed in Proof of Claim form

**Court, Name of Debtor, and Case Number:**

Fill in the federal judicial district where the bankruptcy case was filed (for example, Central District of California), the bankruptcy debtor's name, and the bankruptcy case number. If the creditor received a notice of the case from the bankruptcy court, all of this information is located at the top of the notice.

**Creditor's Name and Address:**

Fill in the name of the person or entity asserting a claim and the name and address of the person who should receive notices issued during the bankruptcy case. A separate space is provided for the payment address if it differs from the notice address. The creditor has a continuing obligation to keep the court informed of its current address. See Federal Rule of Bankruptcy Procedure (FRBP) 2002(g).

**1. Amount of Claim as of Date Case Filed:**

State the total amount owed to the creditor on the date of the Bankruptcy filing. Follow the instructions concerning whether to complete items 4 and 5. Check the box if interest or other charges are included in the claim.

**2. Basis for Claim:**

State the type of debt or how it was incurred. Examples include goods sold, money loaned, services performed, personal injury/wrongful death, car loan, mortgage note, and credit card. If the claim is based on the delivery of health care goods or services, limit the disclosure of the goods or services so as to avoid embarrassment or the disclosure of confidential health care information. You may be required to provide additional disclosure if the trustee or another party in interest files an objection to your claim.

**3. Last Four Digits of Any Number by Which Creditor Identifies Debtor:**

State only the last four digits of the debtor's account or other number used by the creditor to identify the debtor.

**3a. Debtor May Have Scheduled Account As:**

Use this space to report a change in the creditor's name, a transferred claim, or any other information that clarifies a difference between this proof of claim and the claim as scheduled by the debtor.

**4. Secured Claim:**

Check the appropriate box and provide the requested information if the claim is fully or partially secured. Skip this section if the claim is entirely unsecured. (See DEFINITIONS, below.) State the type and the value of property that secures the claim, attach copies of lien documentation, and state annual interest rate and the amount past due on the claim as of the date of the bankruptcy filing.

**5. Amount of Claim Entitled to Priority Under 11 U.S.C. §507(a).**

If any portion of your claim falls in one or more of the listed categories, check the appropriate box(es) and state the amount entitled to priority. (See DEFINITIONS, below.) A claim may be partly priority and partly non-priority. For example, in some of the categories, the law limits the amount entitled to priority.

**6. Credits:**

An authorized signature on this proof of claim serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

**7. Documents:**

Attach to this proof of claim form redacted copies documenting the existence of the debt and of any lien securing the debt. You may also attach a summary. You must also attach copies of documents that evidence perfection of any security interest. You may also attach a summary. FRBP 3001(c) and (d). If the claim is based on the delivery of health care goods or services, see instruction 2. Do not send original documents, as attachments may be destroyed after scanning.

**Date and Signature:**

The person filing this proof of claim must sign and date it. FRBP 9011. If the claim is filed electronically, FRBP 5005(a)(2), authorizes courts to establish local rules specifying what constitutes a signature. Print the name and title, if any, of the creditor or other person authorized to file this claim. State the filer's address and telephone number if it differs from the address given on the top of the form for purposes of receiving notices. Attach a complete copy of any power of attorney. Criminal penalties apply for making a false statement on a proof of claim.

_____ **DEFINITIONS** _____

**Debtor**

A debtor is the person, corporation, or other entity that has filed a bankruptcy case.

**Creditor**

A creditor is a person, corporation, or other entity owed a debt by the debtor that arose on or before the date of the bankruptcy filing. See 11 U.S.C. §101 (10)

**Claim**

A claim is the creditor's right to receive payment on a debt owed by the debtor that arose on the date of the bankruptcy filing. See 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Proof of Claim**

A proof of claim is a form used by the creditor to indicate the amount of the debt owed by the debtor on the date of the bankruptcy filing. The creditor must file the form with the clerk of the same bankruptcy court in which the bankruptcy case was filed.

**Secured Claim Under 11 U.S.C. §506(a)**

A secured claim is one backed by a lien on property of the debtor. The claim is secured so long as the creditor has the right to be paid from the property prior to other creditors. The amount of the secured claim cannot exceed the value of the property. Any amount owed to the creditor in excess of the value of the property is an unsecured claim. Examples of liens on property include a mortgage on real estate or a security interest in a car.

A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment is a lien. A lien also may be secured if the creditor owes the debtor money (has a right to setoff).

**Unsecured Claim**

An unsecured claim is one that does not meet the requirements of a secured claim. A claim may be partly unsecured if the amount of the claim exceeds the value of the property on which the creditor has a lien.

**Claim Entitled to Priority Under 11 U.S.C. §507(a)**

Priority claims are certain categories of unsecured claims that are paid from the available money or property in a bankruptcy case before other unsecured claims.

**Redacted**

A document has been redacted when the person filing it has masked, edited out, or otherwise deleted, certain information. A creditor should redact and use only the last four digits of any social-security, individual's tax identification, or financial-account number, all but the initials of a minor's name and only the year of any person's date of birth.

**Evidence of Perfection**

Evidence of perfection may include a mortgage, lien, certificate of title, financing statement, or other document showing that the lien has been filed or recorded.

_____ **INFORMATION** _____

**Acknowledgment of Filing of Claim**

To receive acknowledgment of your filing, you may either enclose a stamped self-addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.psc.uscourts.gov) for a small fee to view your filed proof of claim.

**Offers to Purchase a Claim**

Certain entities are in the business of purchasing claims for an amount less than the face value of the claims. One or more of these entities may contact the creditor and offer to purchase the claim. Some of the written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court or the debtor. The creditor has no obligation to sell its claim. However, if the creditor decides to sell its claim, any transfer of such claim is subject to FRBP 3001(e), any applicable provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.), and any applicable orders of the bankruptcy court.