UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Bruce W. Black

Hearing Date: 4/19/13

Bankruptcy Case: 10 B 50380

Adversary No.:

Title of Case: Daniel & Cynthia Haak

Brief Statement of Motion: Trustee's Final Report and Applications for Compensation

Names and Addresses of moving counsel:

Representing:

ORDER

Report and applications withdrawn.

U S Bankruptcy Judge Bruce W. Black