# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAAK, DANIEL M | § | Case No. 10-50380 |
| HAAK, CYNTHIA | § | |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Peter N. Metrou, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF THE COURT
219 South Dearborn
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:15 AM on 06/14/2013 in Courtroom ,

Joliet City Hall
150 West Jefferson, 2nd Floor
Joliet, IL 60432

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/13/2013             By: CLERK OF THE COURT

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAAK, DANIEL M | § | Case No. 10-50380 |
| HAAK, CYNTHIA | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 27,107.58 |
| and approved disbursements of | $ | 4,411.83 |
| leaving a balance on hand of[1] | $ | 22,695.75 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Peter N. Metrou, Trustee | $          3,460.76 | $          0.00 | $          3,460.76 |
| Trustee Expenses: Peter N. Metrou, Trustee | $          114.86 | $          0.00 | $          114.86 |
| Accountant for Trustee Fees: Marnell Financial Services, Ltd. | $          4,255.60 | $          4,255.60 | $          0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,575.62 |
| Remaining Balance | $ | 19,120.13 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 187,110.21  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  10.2  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $    12,190.37 | $    0.00 | $    1,245.69 |
| 000003 | Michael J. Lakota DDS | $    2,910.70 | $    0.00 | $    297.43 |
| 000004 | Scott Anderson | $    7,725.00 | $    0.00 | $    789.39 |
| 000005 | Chase Bank USA, N.A. | $    5,119.93 | $    0.00 | $    523.19 |
| 000006 | Chase Bank USA, N.A. | $    10,892.80 | $    0.00 | $    1,113.10 |
| 000007 | Capital One,N.A | $    1,672.34 | $    0.00 | $    170.89 |
| 000008 | Shaobin Sun | $    50,000.00 | $    0.00 | $    5,109.32 |
| 000009 | Scott D. Roth | $    18,861.64 | $    0.00 | $    1,927.40 |
| 000010 | Jeff Krall | $    5,000.00 | $    0.00 | $    510.93 |
| 000011 | American Express Centurion Bank | $    4,419.49 | $    0.00 | $    451.62 |
| 000012 | American Express Bank, FSB | $    996.11 | $    0.00 | $    101.79 |
| 000014 | American Express Centurion Bank | $    24,516.99 | $    0.00 | $    2,505.30 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Capital Recovery IV LLC | $ 1,795.74 | $ 0.00 | $ 183.50 |
| 000016 | GE Money Bank | $ 976.07 | $ 0.00 | $ 99.74 |
| 000017 | FIA Card Services, NA/Bank of America | $ 6,436.32 | $ 0.00 | $ 657.71 |
| 000018 | The Farmers and Mechanics Bank | $ 33,596.71 | $ 0.00 | $ 3,433.13 |

Total to be paid to timely general unsecured creditors          $_____ 19,120.13

Remaining Balance          $_____ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Peter N. Metrou _____
                                        Trustee

*Peter N. Metrou, Trustee*
*123 W. Washington Street*
*Suite 216*
*Oswego, IL 60543*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                    Case No. 10-50380-BWB
Daniel M Haak                                                             Chapter 7
Cynthia Haak
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: dgomez          Page 1 of 4          Date Rcvd: May 14, 2013
                             Form ID: pdf006        Total Noticed: 90


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2013.
```
db/jdb      +Daniel M Haak,   Cynthia Haak,   2174 Clementi,   Aurora, IL 60503-8581
16407441     A T & T Bankruptcy Office,   Attn: Cheryl Becker,   722 Broadview,   Floor 11,
             Milwaukee, IL 53202
16407442    +Advanta Bank Corp,   C/o Management Services Inc.,   P.O. Box 1099,   Langhorne, PA 19047-6099
16407443    +Allergy & Asthma Clinics/Fox,   1315 N. highland Ave. Ste 202,   Aurora, IL 60506-1491
16407446    +American Express,   C/o Blitt & Gaines,   661 Glenn Ave.,   Wheeling, IL 60090-6017
16407445    +American Express,   Customer Service,   P.O. Box 981535,   El Paso, TX 79998-1535
16407447    +American Express,   200 Vesey Street,   44th Floor,   New York, NY 10285-0002
17320388     American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
17320387     American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16407450    +Associated Recovey Systems,   P.O. Box 469046,   Escondido, CA 92046-9046
16407451    #Bank Of America,   P.O. Box 53173,   Phoenix, AZ. 85072-3173
16407452    +Barclays Bank Deleware,   P.O. Box 8803,   Wilmington, DE 19899-8803
16407453    +Beckendorf & Beckendorf,   101 NE. Randolph,   Peoria, IL 61606-1920
16407454    +Blatt Hasenmiller Leibsker & Moore,   125 S. Wacker Dr. Ste 440,   Chicago, IL 60606-4440
16407456    +Capital One Bank,   C/o Freedman Anselmo Lindberg & Rappe LL,   P.O. Box 3228,
             Naperville, IL 60566-3228
16407455    +Capital One Bank,   C/o Freedman Anselmo Lindberg LLC,   P.O. Box 3228,
             Naperville, IL 60566-3228
17221251    +Capital One,N.A,   c/o Creditors Bankruptcy Service,   P O Box 740933,   Dallas,TX 75374-0933
17207516     Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
16407457     Chase Cardmember Service,   P.O. Box 15548,   Wilmington, DE. 19886-5548
16407458    +Chase Home Finance,   P.O. Box 78420,   Phoenix, AZ 85062-8420
16407459     Citi Cards,   Box 6000,   The Lakes, NV. 89163-6000
16407460     Citibank NA.,   1000 Technology Dr.,   MS 504A,   O'Fallon, MO. 63368-2240
17898626    +City of Chicago,   Department of Revenue,   121 N LaSalle Rm 107 A,   Chicago IL 60602-1288
16696364    +Colleen Cuff,   830 Wellner Rd,   Naperville IL 60540-6730
16407509    +Dell Financial Services C/o RMS,   4836 Brecksville Rd.,   P.O. Box 509,
             Richfield, OH 44286-0509
16407463    +Delta Sleep Inc.,   3510 Hobsen Rd.,   Suite 202,   Woodridge, IL 60517-1441
16407464    +Dino Marnell,   27575 Ferry Rd.,   Suite 100,   Warrenville,   60555-3863
16407465     Direct Loan Service System,   P.O. Box 5609,   Greenville, TX 75403-5609
16407468    +Dryer Medical Group Ltd.,   P.O. Box 2091,   Aurora, IL. 60507-2091
16407469    +Edward Butterbaugh,   701 Carriage Lane,   Sugar Grove, IL 60554-9620
16407471    +Estate of Mary A. Price,   C/o Janet McGinnis,   10713 Royal Porthcawl,
             Naperville, IL 60564-8115
16407472     Exxon Mobil,   Credit Card Center,   P.O. Box 688940,   Des Moines, IA. 50361-1001
16407473    +F & M Bank,   4900 N. Glen Park Place,   Suite A,   Peoria, IL 61614-4685
16407476    +First Midwest Bank,   C/o Gomberg Sharfman Gold & Ostler,   208 South LaSalle Street Suite 1410,
             Chicago, Il 60604-1253
16407478     First Midwest Bank,   P.O. Box 565,   Joliet, IL. 60434-0565
16407480    +GC Services Limited Partnership,   Collection Agency Division,   6330 Gulfton,
             Houston, TX 77081-1108
16407481    +Gomberg Sharfman, Gold & Ostler P.C.,   208 S. LaSalle,   Suite 1410,   Chicago, IL 60604-1071
16407484    +HSBC Card Services,   P.O. Box 17051,   Baltimore, MD. 21297-1051
16407485    +HSBC Nevada,   C/o Blatt Haenmiller Leibsker & Moore,   125 S. Wacker Suite 400,
             Chicago, IL 60606-4440
16407483    +Home Depot Credit Services,   P.O. Box 689100,   Des Moines, IA 50368
16407482     Home Depot Credit Services,   P.O. Box 6029,   The Lakes, NV. 88701-6029
16407486    +Ill Dept of Revenue,   BK Section,   Level 7-425,   100 W. Randolph,   Chicago<Il. 60601-3218
16407467    +Janet & Joseph McGinnis,   10713 Royal Porthcawl,   Naperville, IL 60564-8115
16407487    +Jeff Krall,   6813 Hobson Valley Drive #102,   Woodridge, IL 60517-1451
16407488     Juniper Card Services,   P.O. Box 8833,   Wilmington, DE. 19899-8833
16407489    +Keay & Costello P.C.,   128 S. County Farm Rd.,   Wheaton, IL 60187-2400
16696365    +Knocc Ins,   830 Wellner Rd,   Naperville IL 60540-6730
16407494    +LTD Financial Services,   7322 Southwest Freeway,   Suite 1600,   Houston TX 77074-2134
16407491    +Leading EdgeRecovery Systems,   5440 N. Cumberland,   Ste 300,   Chicago, IL 60656-1486
16407495    +Mark Skaggs,   P.O. Box 2627,   East Peoria, IL 61611-0627
16407496    +Michael J. Lakota DDS,   1767 Odgen Ave.,   Suite 123,   Naperville, IL 60540-3956
16407497    +Michael Marimcic,   C/o Goldfine & Bowles,   124 SW. Adams St.,   Peoria, IL 61602-1392
19927699     Midland Funding LLC,   By its authorized agent Recoser, LLC,   25 SE 2nd Ave, Suite 1120,
             Miami, FL 33131-1605
16407500     Nationwide Credit Inc.,   P.O. Box 26314,   Lehigh Valley, PA. 18002-6314
16407502     Office Depot Business Card Plan,   P.O. Box 653029,   Dallas. TX. 75265-3029
16407504    +Omni Pay Phones Services LTD,   2174 Clementi,   Aurora, IL 60503-8581
16407505    +Peace of Mind Opportunities,   1800 Nations Dr. Suite 117,   Gurnee, IL 60031-9171
16407506     Quest Diagnostics,   1355 Mittel Boulevard,   Attn Patient Billing,   Wooddale, iIL. 60191-1024
16407507    +Redback Investments,   609 South Fourth Avenue,   Libertyville, IL 60048-3305
16407508     Repsitory Consultants SC,   2086 Odgen Ave.,   Ste 250,   Aurora, IL. 60504
16407462    +Robert Bock,   309 N. Kensington,   LaGrange Park, IL 60526-1871
16407510    +Rush Copley Medical Center,   P.O. Box 1219,   Aurora, IL. 60507
16407515     SST Card Services,   P.O. Box 23060,   Columbus GA. 31902-3060
16407511    +Scott Anderson,   8233 N. Ozanam,   Niles, IL 60714-2452
```

```
District/off: 0752-1           User: dgomez            Page 2 of 4             Date Rcvd: May 14, 2013
                              Form ID: pdf006          Total Noticed: 90
```

```
16407512    +Scott D. Roth,    P.O. Box 5093,   Evanston, IL 60204-5093
16407513    +Shaobin Sun,    2721 S. Embers Lane,   Arlington Heights,   60005-4689
16407514    +Shell Card Center,    P.o. Box 689081,   Des Moines, IA 50368-9081
17522167    +The Farmers and Mechanics Bank,    c/o Hasselberg, Williams, Grebe, Snodgra,
             124 SW Adams, Suite 360,   Peoria, Illinois 61602-2321
16407440     Union Plus Credit Card,    P.O. Box 80027,   Salinas, CA. 93912-0027
16407518     United States Department of Education,    P.O. Box 5609,   Greenville, TX 75403-5609
16407520    +Wheatland Homeowners Association,    C/o Keay & Costello PC/James A Webb,
             128 South County Farm Road,   Wheaton IL 60187-2400
16407521    +Yvonne Scibor,    9654 W. 131st. Unit 221,   Palos Park, IL 60464-1640
```

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16407444    +E-mail/Text: bkrpt@retrievalmasters.com May 15 2013 04:08:57     AMCA,
             2269 S. Saw Mill River Road,   Elmsfield, NY 10523-3899
16407448     E-mail/Text: ebnbankruptcy@ahm.honda.com May 15 2013 04:47:36     American Honda Finance,
             P.O. Box 5308,   Elgin, IL. 60121
17435645     E-mail/PDF: rmsced@recoverycorp.com May 15 2013 06:58:00     Capital Recovery IV LLC,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
16407466     E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2013 04:37:13     Discover Financial Services,
             P.O. Box 15316,   Wilmington, DE. 19850
17118559     E-mail/PDF: mrdiscen@discoverfinancial.com May 15 2013 04:37:13     Discover Bank,
             DB Servicing Corporation,   PO Box 3025,   New Albany, OH  43054-3025
16407470    +E-mail/Text: BKNOTICES@EAFLLC.COM May 15 2013 07:17:45     Equable Ascent Financial,
             1120 W. Lake Cook Rd.,   Ste A,   Buffalo Grove,  IL 60089-1970
17518790     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 31 1969 17:00:00
             FIA Card Services, NA/Bank of America,   by American InfoSource LP as its agent,   PO Box 248809,
             Oklahoma City, OK  73124-8809
16407475    +E-mail/Text: fmb.bankruptcy@firstmidwest.com May 15 2013 10:58:26     First Midwest Bank,
             One Pierce Place,   Suite 1500,   Itasca, IL 60143-1254
16407477     E-mail/Text: fmb.bankruptcy@firstmidwest.com May 15 2013 10:58:26     First Midwest Bank,
             Payment Processing,   P.O. Box 9003,   Gurnee, IL. 60031-9003
16407479    +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 1969 17:00:00     G.E. Money Bank,
             Attn:Bankruptcy Dept.,   P.O. Box 103104,   Roswell, GA 30076-9104
17469421     E-mail/PDF: rmsced@recoverycorp.com May 15 2013 07:04:30     GE Money Bank,
             c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,   Miami FL 33131-1605
16407490     E-mail/Text: bnckohlsnotices@becket-lee.com May 15 2013 03:47:34     Kohl's,   P.O. Box 3043,
             Milwaukee, WI. 53201-3043
16407493    +E-mail/PDF: gecsedi@recoverycorp.com May 15 2013 03:47:08     Lowe's,   C/o G.E. Money Bank,
             Attn: BK Dept,   P.O. Box 103104,   Roswell, GA 30076-9104
16407498     E-mail/Text: mwilkey@midstatecollections.com May 15 2013 11:39:51
             Midstate Collection Solutions Inc.,    1711 S. Neil  2nd Floor,   P.O. Box 3292,
             Champaign, IL.. 61826-3292
16407501    +E-mail/Text: bankruptcydepartment@ncogroup.com May 15 2013 10:52:18
             NCO Financial Systems Inc.,   507 Prudential Road,   Horsham, PA 19044-2368
16407503    +E-mail/PDF: gecsedi@recoverycorp.com Dec 31 1969 17:00:00     Old Navy,
             C/o G.E. Capital Money Bank,   Attn: Bankruptcy Dept.,   P.O. Box 103104,
             Roswell, GA 30076-9104
19927700     E-mail/PDF: rmsced@recoverycorp.com May 15 2013 06:58:02
             Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
             Miami, FL 33131-1605
16407519    +E-mail/PDF: gecsedi@recoverycorp.com May 15 2013 03:35:08     Walmart,
             C/o Monogram Credit Services,   P.O. Box 103104,   Roswell, GA 30076-9104
                                                                                           TOTAL: 18
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16407517     To come
16407449*   ++AMERICAN HONDA FINANCE,   P O BOX 168088,   IRVING TX 75016-8088
             (address filed with court: American Honda Finance,   P.O. Box 5308,   Elgin, IL. 60121)
17419837*    American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
16407492*   +Leading EdgeRecovery Systems,   5440 N. Cumberland Ste 300,   Chicago, IL 60656-1486
16407461    ##Citicorp Credit Services Inc.,   P.O. Box 8018,   Layton, UT. 84041-8018
16407474    ##First Equity Card Corp,   P.O. Box 84075,   Columbus, GA. 31908-4075
16407499   ##+Milonasn Family Chiropractic,   1603 North Aurora Rd. Ste 111,   Naperville, IL 60563-1882
16407516   ##+Terrence Moore,   18 W. 111 Rodgers Court,   Darien, IL 60561-3630
                                                                          TOTALS: 1, * 3, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

District/off: 0752-1          User: dgomez              Page 3 of 4                Date Rcvd: May 14, 2013
                             Form ID: pdf006           Total Noticed: 90

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 16, 2013**                    **Signature:**

District/off: 0752-1            User: dgomez            Page 4 of 4            Date Rcvd: May 14, 2013
                               Form ID: pdf006         Total Noticed: 90

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 13, 2013 at the address(es) listed below:
          Dana N O'Brien    on behalf of Creditor    Chase Home Finance, LLC dobrien@atty-pierce.com,
           northerndistrict@atty-pierce.com
          James M Philbrick    on behalf of Creditor    The Farmers and Mechanics Bank jmphilbrick@att.net
          Martin Y Joseph    on behalf of Joint Debtor Cynthia  Haak MartinYJoseph@aol.com
          Martin Y Joseph    on behalf of Debtor Daniel M Haak MartinYJoseph@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Peter N Metrou    on behalf of Trustee Peter N Metrou met.trustee7@att.net,
           met.trustee_backup@att.net,pnmlawyer@aol.com,pmetrou@ecf.epiqsystems.com
          Peter N Metrou    met.trustee7@att.net,  met.trustee_backup@att.net,pnmlawyer@aol.com,
           pmetrou@ecf.epiqsystems.com
                                                                                    TOTAL: 7