# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF
## DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HAAK, DANIEL M | § | Case No. 10-50380 |
| HAAK, CYNTHIA | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Peter N. Metrou, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $                from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on              .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/Peter N. Metrou, Trustee _____

Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | American Honda Finance P.O. Box 5308 Elgin, IL. 60121 |  |  |  |  |  |
|  | American Honda Finance P.O. Box 5308 Elgin, IL. 60121 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Home Finance P.O. Box  78420 Phoenix, AZ.. 85062 | | | | | |
| | F & M Bank 4900 N. Glen Park Place Suite A Peoria, IL. 61614 | | | | | |
| | First Midwest Bank One Pierce Place Suite 1500 Itasca, IL. 60143-4169 Gomberg Sharfman, Gold & Ostler P.C. 208 S. LaSalle Suite 1410 Chicago, IL. 60604 | | | | | |
| 000002 | WHEATLAND HOMEOWNERS ASSOCIATION | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| PETER N METROU | | | | | |
| PETER N METROU | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| MARNELL FINANCIAL SERVICES, LTD. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ill Dept of Revenue BK Section Level 7-425 100 W. Randolph Chicago&lt;Il. 60106 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | A T & T Bankruptcy Office Attn: Cheryl Becker 722 Broadview Floor 11 Milwaukee, IL. 53202 | | | | | |
| | Advanta Bank Corp C/o Management Services Inc. P.O. Box 1099 Langhorne, PA. 19047 | | | | | |
| | Allergy & Asthma Clinics/Fox 1315 N. highland Ave. Ste 202 Aurora, IL. 60506 | | | | | |
| | Bank Of America P.O. Box 53173 Phoenix, AZ. 85072-3173 | | | | | |
| | Barclays Bank Deleware P.O. Box 8803 Wilmington, DE. 19899 | | | | | |
| | Beckendorf & Beckendorf 101 NE. Randolph Peoria, IL. 61606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank C/o Freedman Anselmo Lindberg & Rappe LL P.O. Box 3228 Naperville, IL. 60566-7228 | | | | | |
| | Capital One Bank C/o Freedman Anselmo Lindberg LLC P.O. Box 3228 Naperville, IL. 60566-7228 | | | | | |
| | Citi Cards Box 6000 The Lakes, NV. 89163-6000 Associated Recovey Systems P.O. Box 469046 Escondido, CA. 92046 | | | | | |
| | Citibank NA. 1000 Technology Dr. MS 504A O'Fallon, MO. 63368-2240 | | | | | |
| | Dell Financial Services C/o RMS 4836 Brecksville Rd. P.O. Box 509 Richfield, OH. 44286 | | | | | |
| | Delta Sleep Inc. 3510 Hobsen Rd. Suite 202 Woodridge,  IL. 60517 | | | | | |
| | Dino Marnell 27575 Ferry Rd. Suite 100 Warrenville, 60555 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Direct Loan Service System P.O. Box 5609 Greenville, TX 75403-5609 | | | | | |
| | Dryer Medical Group Ltd. P.O. Box 2091 Aurora, IL. 60507-2091 | | | | | |
| | Edward Butterbaugh 701 Carriage Lane Sugar Grove, IL.60524 | | | | | |
| | Estate of Mary A. Price C/o Janet McGinnis 10713 Royal Porthcawl Naperville, IL. 60564 | | | | | |
| | Exxon Mobil Credit Card Center P.O. Box 688940 Des Moines, IA. 50361-1001 | | | | | |
| | First Equity Card Corp P.O. Box 84075 Columbius, GA. 31908-4075 SST Card Services P.O. Box 23060 Columbus GA. 31902-3060 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | First Midwest Bank C/o Gomberg Sharfman Gold & Ostler 208 South LaSalle Street Suite 1410 Chicago, Il. 60604 | | | | | |
| | First Midwest Bank P.O. Box 565 Joliet, IL. 60434-0565 | | | | | |
| | First Midwest Bank Payment Processing P.O. Box 9003 Gurnee, IL. 60031-9003 | | | | | |
| | HSBC Card Services P.O. Box 17051 Baltimore, MD. 21297-1051 | | | | | |
| | HSBC Nevada C/o Blatt Haenmiller Leibsker & Moore 125 S. Wacker Suite 400 Chicago, IL. 60606 | | | | | |
| | Home Depot Credit Services P.O. Box 6029 The Lakes, NV. 88701-6029 | | | | | |
| | Home Depot Credit Services P.O. Box 689100 Des Moines, IA. 50368-9100 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Janet  & Joseph McGinnis 10713 Royal Porthcawl Naperville, IL. 60564 | | | | | |
| | Juniper Card Services P.O. Box 8833 Wilmington, DE. 19899-8833 | | | | | |
| | Mark Skaggs P.O. Box 2627 East Peoria, IL. 64611 | | | | | |
| | Midstate Collection Solutions Inc. 1711 S. Neil  2nd Floor P.O. Box 3292 Champaign, IL.. 61826-3292 | | | | | |
| | Milonasn Family Chiropractic 1603 North Aurora  Rd. Ste 111 Naperville, IL. 60563 | | | | | |
| | NCO Financial Systems Inc. 507 Prudential Road Horsham, PA.  19044 American Express 200 Vesey Street 44th Floor New York, NY. 10285 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Office Depot Business Card Plan P.O. Box 653029 Dallas. TX. 75265-3029 Citicorp Credit Services Inc. P.O. Box 8018 Layton, UT. 84041-8018 | | | | | |
| | Old Navy C/o G.E. Capital Money Bank Attn: Bankruptcy Dept. P.O. Box 103104 Roswell, GA. 30076 Leading EdgeRecovery Systems 5440 N. Cumberland Ste 300 Chicago, IL. 60656 | | | | | |
| | Peace of Mind Opportunities 1800 Nations Dr. Suite 117 Gurnee, IL. 60031 | | | | | |
| | Quest Diagnostics 1355 Mittel Boulevard Attn Patient Billing Wooddale, iIL. 60191-1024 AMCA 2269 S. Saw Mill River Road Elmsfield, NY. 10523 | | | | | |
| | Redback Investments 609 South Fourth Avenue Libertyville, IL. 60048 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Respitory Consultants SC 2086 Odgen Ave. Ste 250 Aurora, IL. 60504 | | | | | |
| | Robert Bock 309 N. Kensington LaGrange Park, IL. | | | | | |
| | Rush Copley Medical Center P.O. Box 1219 Aurora, IL. 60507 | | | | | |
| | Shell  Card Center P.o. Box 689081 Des Moines, IA. 503568-9081 LTD Financial Services 7322 Southwest Freeway Suite 1600 Houston TX.. 77074 | | | | | |
| | Terrence Moore 18 W. 111 Rodgers Court Darien, IL. 60561 | | | | | |
| | Union Plus Credit Card P.O. Box 80027 Salinas, CA. 93912-0027 Blatt Hasenmiller Leibsker & Moore 125 S. Wacker  Dr. Ste 440 Chicago, IL. 60606 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | United States Department of Education P.O. Box 5609 Greenville, TX 75403-5609 | | | | | |
| | Walmart C/o Monogram Credit Services P.O. Box 103104 Roswell, GA. 30076 | | | | | |
| | Yvonne Scibor 9654 W. 131st. Unit 221 Palos Park, IL. 60464 | | | | | |
| 000012 | AMERICAN EXPRESS BANK, FSB | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000014 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000007 | CAPITAL ONE,N.A | | | | | |
| 000015 | CAPITAL RECOVERY IV LLC | | | | | |
| 000005 | CHASE BANK USA, N.A. | | | | | |
| 000006 | CHASE BANK USA, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000016 | GE MONEY BANK | | | | | |
| 000010 | JEFF KRALL | | | | | |
| 000003 | MICHAEL J. LAKOTA DDS | | | | | |
| 000013 | MICHAEL MARINCIC | | | | | |
| 000004 | SCOTT ANDERSON | | | | | |
| 000009 | SCOTT D. ROTH | | | | | |
| 000008 | SHAOBIN SUN | | | | | |
| 000018 | THE FARMERS AND MECHANICS BANK | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:    1

Exhibit 8

| | |
|---|---|
| Case No:        10-50380      BWB    Judge: BRUCE W. BLACK | Trustee Name:        Peter N. Metrou, Trustee |
| Case Name:    HAAK, DANIEL M | Date Filed (f) or Converted (c):    11/11/10 (f) |
| HAAK, CYNTHIA | 341(a) Meeting Date:    12/09/10 |
| For Period Ending:  08/27/13 | Claims Bar Date:    07/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Estimated Net Value<br>(Value Determined by Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) Abandon | Sale/Funds<br>Received by<br>the Estate | Asset Fully Administered (FA)/<br>Gross Value of Remaining Assets |
| 1. Commercial Property 1839 Laramie, Peoria, IL. | 20,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 2. Single Family Home 2174 Clementi Ln, Aurora, IL. | 300,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 3. Cash | 50.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 4. Chase Bank Checking Account | 40.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 5. Checking Account | 75.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 6. National City Bank | 15.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 7. Furniture, Home Entertainment Center | 1,500.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 8. Necessary Wearing Apparal | 1,000.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 9. Omni Payphones Services LTD | 4,000.00 | 830.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 10. Tax Refunds | 20,000.00 | 20,000.00 | | 26,285.90 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 11. 2003 HONDA ODYSSEY | 5,255.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| 12. 2005 Honda Accord | 6,095.00 | 0.00 | | 0.00 | FA |
| Orig. Asset Memo: Imported from original petition Doc# 1 | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.70 | Unknown |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page:     2

Exhibit 8

| Case No: | 10-50380 | BWB | Judge: BRUCE W. BLACK |
|---|---|---|---|
| Case Name: | HAAK, DANIEL M | | |
| | HAAK, CYNTHIA | | |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Date Filed (f) or Converted (c): | 11/11/10 (f) |
| 341(a) Meeting Date: | 12/09/10 |
| Claims Bar Date: | 07/08/11 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| | | | | | Gross Value of Remaining Assets |
| TOTALS (Excluding Unknown Values) | $358,030.00 | $20,830.00 | | $26,286.60 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 04/07/12          Current Projected Date of Final Report (TFR): 12/15/12

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-50380  -BWB |
| Case Name: | HAAK, DANIEL M |
| | HAAK, CYNTHIA |
| Taxpayer ID No: | *******8436 |
| For Period Ending: | 08/27/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | The Bank of New York Mellon |
| Account Number / CD #: | *******5065  Money Market Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/21/11 | 10 | United States Treasury San Francisco, CA | Deposit Adj. | 1124-000 | 0.91 | | 0.91 |
| 09/21/11 | 10 | United States Treasury San Francisco, CA | Amended Tax Return refund for 2003. DEPOSIT CHECK #54980266 | 1124-000 | 2,782.90 | | 2,783.81 |
| 09/21/11 | 10 | United States Treasury San Francisco, CA | Amended Tax Return refund for 2004. DEPOSIT CHECK #54980265 | 1124-000 | 18,340.00 | | 21,123.81 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.05 | | 21,123.86 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 21,098.86 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,099.03 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 41.91 | 21,057.12 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,057.29 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 46.15 | 21,011.14 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.17 | | 21,011.31 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 43.17 | 20,968.14 |
| 01/27/12 | INT | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.14 | | 20,968.28 |
| 01/27/12 | | Transfer to Acct #*******4000 | Bank Funds Transfer | 9999-000 | | 20,968.28 | 0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | 21,124.51 | 21,124.51 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 20,968.28 |
| Subtotal | 21,124.51 | 156.23 |
| Less:  Payments to Debtors | | 0.00 |
| Net | 21,124.51 | 156.23 |

Page Subtotals      21,124.51      21,124.51

Ver: 17.03

Page: 2

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-50380  -BWB |
| Case Name: | HAAK, DANIEL M |
| | HAAK, CYNTHIA |
| Taxpayer ID No: | *******8436 |
| For Period Ending: | 08/27/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4000  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/27/12 | | Transfer from Acct #*******5065 | Bank Funds Transfer | 9999-000 | 20,968.28 | | 20,968.28 |
| 02/17/12 | 10 | Judy Baar Topinka | | 1124-000 | 2,184.32 | | 23,152.60 |
| | | Treasurer of State of Illinois | | | | | |
| 02/27/12 | 10 | Judy Baar Topinka, Comptroller | | 1124-000 | 2,977.77 | | 26,130.37 |
| | | State of Illinois | | | | | |
| 07/30/12 | 001001 | Marnell Financial Services, Ltd. | Court Order 7-20-2012 | 3410-000 | | 4,255.60 | 21,874.77 |
| | | 27575 Ferry Road | Accountant fees for amended returns. | | | | |
| | | Warrenville, IL 60555 | | | | | |
| 09/24/12 | | Judy Baar Topinka, Comptroller | | 1124-000 | 820.98 | | 22,695.75 |
| | | State of Illinois | | | | | |
| 06/18/13 | 001002 | PETER N METROU | Chapter 7 Compensation/Expense | | | 3,575.62 | 19,120.13 |
| | | 123 W. WASHINGTON STREET | | | | | |
| | | SUITE 216 | | | | | |
| | | OSWEGO, IL  60543 | | | | | |
| | | | Fees            3,460.76 | 2100-000 | | | |
| | | | Expenses        114.86 | 2200-000 | | | |
| 06/18/13 | 001003 | Discover Bank | Claim 000001, Payment 10.21864% | 7100-000 | | 1,245.69 | 17,874.44 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 06/18/13 | 001004 | Michael J. Lakota DDS | Claim 000003, Payment 10.21850% | 7100-000 | | 297.43 | 17,577.01 |
| | | 1767 Odgen Ave, | | | | | |
| | | Suite 123 | | | | | |
| | | Naperville, IL. 60540 | | | | | |
| 06/18/13 | 001005 | Scott Anderson | Claim 000004, Payment 10.21864% | 7100-000 | | 789.39 | 16,787.62 |
| | | 8233 N. Ozanam | | | | | |
| | | Niles, IL. 60714 | | | | | |
| 06/18/13 | 001006 | Chase Bank USA, N.A. | Claim 000005, Payment 10.21869% | 7100-000 | | 523.19 | 16,264.43 |

| | | |
|---|---|---|
| Page Subtotals | 26,951.35 | 10,686.92 |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 18)*

FORM 2                                                                                      Page:   3

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 10-50380  -BWB |
| Case Name: | HAAK, DANIEL M |
| | HAAK, CYNTHIA |
| Taxpayer ID No: | *******8436 |
| For Period Ending: | 08/27/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4000  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/13 | 001007 | PO Box 15145<br>Wilmington, DE 19850-5145<br>Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Claim 000006, Payment 10.21868% | 7100-000 | | 1,113.10 | 15,151.33 |
| 06/18/13 | 001008 | Capital One,N.A<br>c/o Creditors Bankruptcy Service<br>P O Box 740933<br>Dallas,TX 75374 | Claim 000007, Payment 10.21862% | 7100-000 | | 170.89 | 14,980.44 |
| 06/18/13 | 001009 | Shaobin Sun<br>2721 S. Embers Lane<br>Arlington Heights, 60005 | Claim 000008, Payment 10.21864% | 7100-000 | | 5,109.32 | 9,871.12 |
| 06/18/13 | 001010 | Scott D. Roth<br>P.O. Box 5093<br>Evanston, IL. 60204 | Claim 000009, Payment 10.21862% | 7100-000 | | 1,927.40 | 7,943.72 |
| 06/18/13 | 001011 | Jeff Krall<br>6813 Hobson Valley Drive #102<br>Woodridge, IL. 60517 | Claim 000010, Payment 10.21860% | 7100-000 | | 510.93 | 7,432.79 |
| 06/18/13 | 001012 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000011, Payment 10.21883% | 7100-000 | | 451.62 | 6,981.17 |
| 06/18/13 | 001013 | American Express Bank, FSB<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000012, Payment 10.21875% | 7100-000 | | 101.79 | 6,879.38 |
| 06/18/13 | 001014 | American Express Centurion Bank<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | Claim 000014, Payment 10.21863% | 7100-000 | | 2,505.30 | 4,374.08 |

|  | Page Subtotals | 0.00 | 11,890.35 |
|---|---|---|---|

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    4

Exhibit 9

| Case No: | 10-50380 -BWB |
|---|---|
| Case Name: | HAAK, DANIEL M |
| | HAAK, CYNTHIA |
| Taxpayer ID No: | *******8436 |
| For Period Ending: | 08/27/13 |

| Trustee Name: | Peter N. Metrou, Trustee |
|---|---|
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4000  Checking Account |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/18/13 | 001015 | Capital Recovery IV LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | Claim 000015, Payment 10.21863% | 7100-000 | | 183.50 | 4,190.58 |
| 06/18/13 | 001016 | GE Money Bank<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Ave Suite 1120<br>Miami FL 33131-1605 | Claim 000016, Payment 10.21853% | 7100-000 | | 99.74 | 4,090.84 |
| 06/18/13 | 001017 | FIA Card Services, NA/Bank of America<br>by American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Claim 000017, Payment 10.21873% | 7100-000 | | 657.71 | 3,433.13 |
| 06/18/13 | 001018 | The Farmers and Mechanics Bank<br>c/o Hasselberg, Williams, Grebe, Snodgra<br>124 SW Adams, Suite 360<br>Peoria, Illinois 61602 | Claim 000018, Payment 10.21865% | 7100-000 | | 3,433.13 | 0.00 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | COLUMN TOTALS | | | | 26,951.35 | 26,951.35 | 0.00 |
| | Less: Bank Transfers/CD's | | | | 20,968.28 | 0.00 | |
| | Subtotal | | | | 5,983.07 | 26,951.35 | |
| | Less: Payments to Debtors | | | | | 0.00 | |
| | Net | | | | 5,983.07 | 26,951.35 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - *******5065 | 21,124.51 | 156.23 | 0.00 |
| Checking Account - *******4000 | 5,983.07 | 26,951.35 | 0.00 |
| | ---------------------- | ---------------------- | ---------------------- |
| | 27,107.58 | 27,107.58 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account | (Excludes Payments | Total Funds |

Page Subtotals                    0.00                    4,374.08

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    5

Exhibit 9

| | |
|---|---|
| Case No: | 10-50380  -BWB |
| Case Name: | HAAK, DANIEL M |
| | HAAK, CYNTHIA |
| Taxpayer ID No: | *******8436 |
| For Period Ending: | 08/27/13 |

| | |
|---|---|
| Trustee Name: | Peter N. Metrou, Trustee |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4000  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 60,894,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | Money Market Account - ********5065 | | Transfers) | To Debtors) | On Hand |
| | | | Checking Account - ********4000 | | | | |

| | | | |
|---|---|---|---|
| Page Subtotals | | 0.00 | 0.00 |

Ver: 17.03

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 21)*